**Fill in this information to identify the case:**

Debtor name   **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-04137**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2024**      X _____
                                         Signature of individual signing on behalf of debtor

                                         **Sergiu Tintiuc**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Truck & Trailer Leasing Avenue LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | **24-04137** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Freightliner Cascadia Last Four of VIN - 3902** | | $156,912.16 | $65,000.00 | $91,912.16 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Freightliner Cascadia Last Four of VIN - 3900** | | $156,912.16 | $65,000.00 | $91,912.16 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Freightliner Cascadia Last Four of VIN - 3899** | | $156,912.16 | $65,000.00 | $91,912.16 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Freightliner Cascadia Last Four of VIN - 3901** | | $156,912.16 | $65,000.00 | $91,912.16 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Freightliner Cascadia Last Four of VIN - 3898** | | $156,912.16 | $65,000.00 | $91,912.16 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Peterbilt 579 Last Four of VIN - 0247** | | $164,540.77 | $75,000.00 | $89,540.77 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Peterbilt 579 Last Four of VIN - 0246** | | $164,540.77 | $75,000.00 | $89,540.77 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Peterbilt 579 Last Four of VIN - 0245** | | $164,540.77 | $75,000.00 | $89,540.77 |
| **Bank Midwest - NBH 1111 Main St. Kansas City, MO 64105** | | **2023 Peterbilt 579 Last Four of VIN - 0244** | | $164,540.77 | $75,000.00 | $89,540.77 |

Debtor **Truck & Trailer Leasing Avenue LLC**
_____
Name

Case number *(if known)*   **24-04137**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT634 Last Four of VIN - 9091** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT633 Last Four of VIN - 9090** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT632 Last Four of VIN - 9089** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT631 Last Four of VIN - 9088** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT630 Last Four of VIN - 9087** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT629 Last Four of VIN - 5911** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **De Lage Landen Fin Svs 1111 Old Eagle School Rd Wayne, PA 19087** | | **2024 International LT628 Last Four of VIN - 5902** | | **$164,002.91** | **$75,000.00** | **$89,002.91** |
| **Flagstar Financial c/o Vedder Price PC 222 N. Lasalle St., #2400 Chicago, IL 60601** | | **2023 Freightliner Cascadia Last Four of VIN - 3892** | | **$152,011.48** | **$65,000.00** | **$87,011.48** |
| **Flagstar Financial c/o Vedder Price PC 222 N. Lasalle St., #2400 Chicago, IL 60601** | | **2023 Freightliner Cascadia Last Four of VIN - 3891** | | **$152,011.48** | **$65,000.00** | **$87,011.48** |
| **Flagstar Financial c/o Vedder Price PC 222 N. Lasalle St., #2400 Chicago, IL 60601** | | **2023 Freightliner Cascadia Last Four of VIN - 3890** | | **$152,011.48** | **$65,000.00** | **$87,011.48** |

Debtor  **Truck & Trailer Leasing Avenue LLC**
        Name

Case number *(if known)*  __24-04137__

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flagstar Financial c/o Vedder Price PC 222 N. Lasalle St., #2400 Chicago, IL 60601** | | **2023 Freightliner Cascadia Last Four of VIN - 3889** | | **$152,011.48** | **$65,000.00** | **$87,011.48** |

**Fill in this information to identify the case:**

Debtor name    **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **24-04137**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $                    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $          **18,649,176.20**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $          **18,649,176.20**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $          **30,145,839.66**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $                    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$                    **0.00**

4.  **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b                                                                                    $          **30,145,839.66**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-04137**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Byline** | **Business Checking** | | **$57,176.20** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$57,176.20**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number *(If known)*  **24-04137**
            Name

☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Freightliner Cascadia Last Four of VIN - 3768** | **$0.00** | **Blackbook** | **$45,000.00** |
| 47.2. **2020 Freightliner Cascadia Last Four of VIN - 1503** | **$0.00** | **Blackbook** | **$35,000.00** |
| 47.3. **2022 Freightliner Cascadia Last Four of VIN - 9106** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.4. **2022 Freightliner Cascadia Last Four of VIN - 9111** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.5. **2022 Freightliner Cascadia Last Four of VIN - 9110** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.6. **2022 Freightliner Cascadia Last Four of VIN - 9113** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.7. **2022 Freightliner Cascadia Last Four of VIN - 9112** | **$0.00** | **Blackbook** | **$55,000.00** |

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number *(If known)*  **24-04137**
     Name

| 47.8. | **2022 Freightliner Cascadia Last Four of VIN - 3938** | $0.00 | Blackbook | $55,000.00 |
|---|---|---|---|---|
| 47.9. | **2022 Freightliner Cascadia Last Four of VIN - 3935** | $0.00 | Blackbook | $55,000.00 |
| 47.10 . | **2022 Freightliner Cascadia Last Four of VIN - 3940** | $0.00 | Blackbook | $55,000.00 |
| 47.11 . | **2022 Freightliner Cascadia Last Four of VIN - 4164** | $0.00 | Blackbook | $55,000.00 |
| 47.12 . | **2022 Freightliner Cascadia Last Four of VIN - 3936** | $0.00 | Blackbook | $55,000.00 |
| 47.13 . | **2022 Freightliner Cascadia Last Four of VIN - 3934** | $0.00 | Blackbook | $55,000.00 |
| 47.14 . | **2022 Freightliner Cascadia Last Four of VIN - 3937** | $0.00 | Blackbook | $55,000.00 |
| 47.15 . | **2022 Freightliner Cascadia Last Four of VIN - 3939** | $0.00 | Blackbook | $55,000.00 |
| 47.16 . | **2022 Freightliner Cascadia Last Four of VIN - 3851** | $0.00 | Blackbook | $55,000.00 |
| 47.17 . | **2022 Freightliner Cascadia Last Four of VIN - 4013** | $0.00 | Blackbook | $55,000.00 |
| 47.18 . | **2022 Freightliner Cascadia Last Four of VIN - 9116** | $0.00 | Blackbook | $55,000.00 |
| 47.19 . | **2022 Freightliner Cascadia Last Four of VIN - 9117** | $0.00 | Blackbook | $55,000.00 |
| 47.20 . | **2022 Freightliner Cascadia Last Four of VIN - 9118** | $0.00 | Blackbook | $55,000.00 |
| 47.21 . | **2022 Freightliner Cascadia Last Four of VIN - 9119** | $0.00 | Blackbook | $55,000.00 |
| 47.22 . | **2022 Freightliner Cascadia Last Four of VIN - 9120** | $0.00 | Blackbook | $55,000.00 |
| 47.23 . | **2022 Freightliner Cascadia Last Four of VIN - 9121** | $0.00 | Blackbook | $55,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* | **24-04137** |
|--------|----------------------------------------|--|--------------------------|--------------|
| | Name | | | |

| | | | | |
|--|--|--|--|--|
| 47.24. | **2022 Freightliner Cascadia Last Four of VIN - 9122** | $0.00 | **Blackbook** | $55,000.00 |
| 47.25. | **2022 Freightliner Cascadia Last Four of VIN - 9123** | $0.00 | **Blackbook** | $55,000.00 |
| 47.26. | **2022 Freightliner Cascadia Last Four of VIN - 9124** | $0.00 | **Blackbook** | $55,000.00 |
| 47.27. | **2022 Freightliner Cascadia Last Four of VIN - 9125** | $0.00 | **Blackbook** | $55,000.00 |
| 47.28. | **2022 Freightliner Cascadia Last Four of VIN - 9126** | $0.00 | **Blackbook** | $55,000.00 |
| 47.29. | **2022 Freightliner Cascadia Last Four of VIN - 9127** | $0.00 | **Blackbook** | $55,000.00 |
| 47.30. | **2022 Freightliner Cascadia Last Four of VIN - 9128** | $0.00 | **Blackbook** | $55,000.00 |
| 47.31. | **2022 Freightliner Cascadia Last Four of VIN - 9129** | $0.00 | **Blackbook** | $55,000.00 |
| 47.32. | **2022 Freightliner Cascadia Last Four of VIN - 9130** | $0.00 | **Blackbook** | $55,000.00 |
| 47.33. | **2022 Freightliner Cascadia Last Four of VIN - 9131** | $0.00 | **Blackbook** | $55,000.00 |
| 47.34. | **2022 Freightliner Cascadia Last Four of VIN - 9132** | $0.00 | **Blackbook** | $55,000.00 |
| 47.35. | **2022 Freightliner Cascadia Last Four of VIN - 9133** | $0.00 | **Blackbook** | $55,000.00 |
| 47.36. | **2022 Freightliner Cascadia Last Four of VIN - 9135** | $0.00 | **Blackbook** | $55,000.00 |
| 47.37. | **2022 Freightliner Cascadia Last Four of VIN - 9136** | $0.00 | **Blackbook** | $55,000.00 |
| 47.38. | **2022 Freightliner Cascadia Last Four of VIN - 9114** | $0.00 | **Blackbook** | $55,000.00 |
| 47.39. | **2022 Freightliner Cascadia Last Four of VIN - 9115** | $0.00 | **Blackbook** | $55,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| 47.40. | **2022 Freightliner Cascadia Last Four of VIN – 9134** | $0.00 | **Blackbook** | $55,000.00 |
|---|---|---|---|---|
| 47.41. | **2022 Freightliner Cascadia Last Four of VIN – 9142** | $0.00 | **Blackbook** | $55,000.00 |
| 47.42. | **2022 Freightliner Cascadia Last Four of VIN – 9138** | $0.00 | **Blackbook** | $55,000.00 |
| 47.43. | **2022 Freightliner Cascadia Last Four of VIN – 9139** | $0.00 | **Blackbook** | $55,000.00 |
| 47.44. | **2022 Freightliner Cascadia Last Four of VIN – 9140** | $0.00 | **Blackbook** | $55,000.00 |
| 47.45. | **2022 Freightliner Cascadia Last Four of VIN – 9141** | $0.00 | **Blackbook** | $55,000.00 |
| 47.46. | **2022 Freightliner Cascadia Last Four of VIN – 9143** | $0.00 | **Blackbook** | $55,000.00 |
| 47.47. | **2022 Freightliner Cascadia Last Four of VIN – 9144** | $0.00 | **Blackbook** | $55,000.00 |
| 47.48. | **2022 Freightliner Cascadia Last Four of VIN – 9146** | $0.00 | **Blackbook** | $55,000.00 |
| 47.49. | **2022 Freightliner Cascadia Last Four of VIN – 9150** | $0.00 | **Blackbook** | $55,000.00 |
| 47.50. | **2022 Freightliner Cascadia Last Four of VIN – 9164** | $0.00 | **Blackbook** | $55,000.00 |
| 47.51. | **2022 Freightliner Cascadia Last Four of VIN – 9168** | $0.00 | **Blackbook** | $55,000.00 |
| 47.52. | **2022 Freightliner Cascadia Last Four of VIN – 9172** | $0.00 | **Blackbook** | $55,000.00 |
| 47.53. | **2022 Freightliner Cascadia Last Four of VIN – 9173** | $0.00 | **Blackbook** | $55,000.00 |
| 47.54. | **2022 Freightliner Cascadia Last Four of VIN – 9175** | $0.00 | **Blackbook** | $55,000.00 |
| 47.55. | **2022 Freightliner Cascadia Last Four of VIN – 9154** | $0.00 | **Blackbook** | $55,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)*  **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.56. | **2022 Freightliner Cascadia Last Four of VIN - 9159** | $0.00    **Blackbook** | $55,000.00 |
| 47.57. | **2022 Freightliner Cascadia Last Four of VIN - 9161** | $0.00    **Blackbook** | $55,000.00 |
| 47.58. | **2022 Freightliner Cascadia Last Four of VIN - 9169** | $0.00    **Blackbook** | $55,000.00 |
| 47.59. | **2022 Freightliner Cascadia Last Four of VIN - 9152** | $0.00    **Blackbook** | $55,000.00 |
| 47.60. | **2022 Freightliner Cascadia Last Four of VIN - 9160** | $0.00    **Blackbook** | $55,000.00 |
| 47.61. | **2022 Freightliner Cascadia Last Four of VIN - 9153** | $0.00    **Blackbook** | $55,000.00 |
| 47.62. | **2022 Freightliner Cascadia Last Four of VIN - 9170** | $0.00    **Blackbook** | $55,000.00 |
| 47.63. | **2022 Freightliner Cascadia Last Four of VIN - 9151** | $0.00    **Blackbook** | $55,000.00 |
| 47.64. | **2022 Freightliner Cascadia Last Four of VIN - 9156** | $0.00    **Blackbook** | $55,000.00 |
| 47.65. | **2022 Freightliner Cascadia Last Four of VIN - 9145** | $0.00    **Blackbook** | $55,000.00 |
| 47.66. | **2022 Freightliner Cascadia Last Four of VIN - 9147** | $0.00    **Blackbook** | $55,000.00 |
| 47.67. | **2022 Freightliner Cascadia Last Four of VIN - 9148** | $0.00    **Blackbook** | $55,000.00 |
| 47.68. | **2022 Freightliner Cascadia Last Four of VIN - 9149** | $0.00    **Blackbook** | $55,000.00 |
| 47.69. | **2022 Freightliner Cascadia Last Four of VIN - 9155** | $0.00    **Blackbook** | $55,000.00 |
| 47.70. | **2022 Freightliner Cascadia Last Four of VIN - 9158** | $0.00    **Blackbook** | $55,000.00 |
| 47.71. | **2022 Freightliner Cascadia Last Four of VIN - 9162** | $0.00    **Blackbook** | $55,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.72 | **2022 Freightliner Cascadia Last Four of VIN - 9163** | $0.00 | Blackbook | $55,000.00 |
| 47.73. | **2022 Freightliner Cascadia Last Four of VIN - 9165** | $0.00 | Blackbook | $55,000.00 |
| 47.74. | **2022 Freightliner Cascadia Last Four of VIN - 9167** | $0.00 | Blackbook | $55,000.00 |
| 47.75. | **2022 Freightliner Cascadia Last Four of VIN - 9171** | $0.00 | Blackbook | $55,000.00 |
| 47.76. | **2022 Freightliner Cascadia Last Four of VIN - 9178** | $0.00 | Blackbook | $55,000.00 |
| 47.77. | **2022 Freightliner Cascadia Last Four of VIN - 9181** | $0.00 | Blackbook | $55,000.00 |
| 47.78. | **2022 Freightliner Cascadia Last Four of VIN - 9179** | $0.00 | Blackbook | $55,000.00 |
| 47.79. | **2022 Freightliner Cascadia Last Four of VIN - 9182** | $0.00 | Blackbook | $55,000.00 |
| 47.80. | **2022 Freightliner Cascadia Last Four of VIN - 9157** | $0.00 | Blackbook | $55,000.00 |
| 47.81. | **2022 Freightliner Cascadia Last Four of VIN - 9174** | $0.00 | Blackbook | $55,000.00 |
| 47.82. | **2022 Freightliner Cascadia Last Four of VIN - 9166** | $0.00 | Blackbook | $55,000.00 |
| 47.83. | **2022 Freightliner Cascadia Last Four of VIN - 9183** | $0.00 | Blackbook | $55,000.00 |
| 47.84. | **2022 Freightliner Cascadia Last Four of VIN - 9176** | $0.00 | Blackbook | $55,000.00 |
| 47.85. | **2022 Freightliner Cascadia Last Four of VIN - 9177** | $0.00 | Blackbook | $55,000.00 |
| 47.86. | **2022 Freightliner Cascadia Last Four of VIN - 9180** | $0.00 | Blackbook | $55,000.00 |
| 47.87. | **2022 Freightliner Cascadia Last Four of VIN - 9184** | $0.00 | Blackbook | $55,000.00 |

Debtor    **Truck & Trailer Leasing Avenue LLC**                                    Case number *(If known)*  **24-04137**
Name

| 47.88. | **2022 Freightliner Cascadia Last Four of VIN - 9185** | **$0.00** | **Blackbook** | **$55,000.00** |
|---|---|---|---|---|
| 47.89. | **2022 Freightliner Cascadia Last Four of VIN - 9186** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.90. | **2022 Freightliner Cascadia Last Four of VIN - 9187** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.91. | **2022 Freightliner Cascadia Last Four of VIN - 9188** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.92. | **2022 Freightliner Cascadia Last Four of VIN - 9189** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.93. | **2022 Freightliner Cascadia Last Four of VIN - 9190** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.94. | **2022 Freightliner Cascadia Last Four of VIN - 9191** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.95. | **2022 Freightliner Cascadia Last Four of VIN - 9192** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.96. | **2022 Freightliner Cascadia Last Four of VIN - 9193** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.97. | **2022 Freightliner Cascadia Last Four of VIN - 4220** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.98. | **2022 Freightliner Cascadia Last Four of VIN - 4221** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.99. | **2022 Freightliner Cascadia Last Four of VIN - 3834** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.100. | **2022 Freightliner Cascadia Last Four of VIN - 4157** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.101. | **2022 Freightliner Cascadia Last Four of VIN - 4002** | **$0.00** | **Blackbook** | **$55,000.00** |
| 47.102. | **2019 International LT625 Last Four of VIN - 0540** | **$0.00** | **Blackbook** | **$25,000.00** |
| 47.103. | **2023 International LT625 Last Four of VIN - 4565** | **$0.00** | **Blackbook** | **$75,000.00** |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.10 4. | **2023 International LT625 Last Four of VIN - 4566** | $0.00 Blackbook | $75,000.00 |
| 47.10 5. | **2023 Freightliner Cascadia Last Four of VIN - 3893** | $0.00 Blackbook | $65,000.00 |
| 47.10 6. | **2023 Freightliner Cascadia Last Four of VIN - 3894** | $0.00 Blackbook | $65,000.00 |
| 47.10 7. | **2023 Freightliner Cascadia Last Four of VIN - 3895** | $0.00 Blackbook | $65,000.00 |
| 47.10 8. | **2023 Freightliner Cascadia Last Four of VIN - 3889** | $0.00 Blackbook | $65,000.00 |
| 47.10 9. | **2023 Freightliner Cascadia Last Four of VIN - 3890** | $0.00 Blackbook | $65,000.00 |
| 47.11 0. | **2023 Freightliner Cascadia Last Four of VIN - 3891** | $0.00 Blackbook | $65,000.00 |
| 47.11 1. | **2023 Freightliner Cascadia Last Four of VIN - 3892** | $0.00 Blackbook | $65,000.00 |
| 47.11 2. | **2023 Freightliner Cascadia Last Four of VIN - 3898** | $0.00 Blackbook | $65,000.00 |
| 47.11 3. | **2023 Freightliner Cascadia Last Four of VIN - 3901** | $0.00 Blackbook | $65,000.00 |
| 47.11 4. | **2023 Freightliner Cascadia Last Four of VIN - 3899** | $0.00 Blackbook | $65,000.00 |
| 47.11 5. | **2023 Freightliner Cascadia Last Four of VIN - 3900** | $0.00 Blackbook | $65,000.00 |
| 47.11 6. | **2023 Freightliner Cascadia Last Four of VIN - 3902** | $0.00 Blackbook | $65,000.00 |
| 47.11 7. | **2023 International LT625 Last Four of VIN - 4567** | $0.00 Blackbook | $75,000.00 |
| 47.11 8. | **2023 International LT625 Last Four of VIN - 4568** | $0.00 Blackbook | $75,000.00 |
| 47.11 9. | **2023 International LT625 Last Four of VIN - 4569** | $0.00 Blackbook | $75,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)*  **24-04137** |
|--------|----------------------------------------|----------------------------------------|
|        | Name                                   |                                        |

| | | | | |
|---|---|---|---|---|
| 47.12 0. | **2023 International LT625 Last Four of VIN - 4570** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 1. | **2023 International LT625 Last Four of VIN - 5897** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 2. | **2023 International LT625 Last Four of VIN - 5898** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 3. | **2023 International LT625 Last Four of VIN - 5899** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 4. | **2023 International LT625 Last Four of VIN - 5900** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 5. | **2023 International LT625 Last Four of VIN - 5901** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 6. | **2023 International LT626 Last Four of VIN - 5905** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 7. | **2023 International LT627 Last Four of VIN - 5906** | $0.00 | **Blackbook** | $75,000.00 |
| 47.12 8. | **2024 International LT628 Last Four of VIN - 5902** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.12 9. | **2024 International LT629 Last Four of VIN - 5911** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.13 0. | **2024 International LT630 Last Four of VIN - 9087** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.13 1. | **2024 International LT631 Last Four of VIN - 9088** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.13 2. | **2024 International LT632 Last Four of VIN - 9089** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.13 3. | **2024 International LT633 Last Four of VIN - 9090** | $0.00 | | $75,000.00 |
| 47.13 4. | **2024 International LT634 Last Four of VIN - 9091** | $0.00 | **Comparable sale** | $75,000.00 |
| 47.13 5. | **2023 Peterbilt 579 Last Four of VIN - 0244** | $0.00 | **Comparable sale** | $75,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)*  **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.136. | **2023 Peterbilt 579 Last Four of VIN - 0245** | $0.00 | Comparable sale | $75,000.00 |
| 47.137. | **2023 Peterbilt 579 Last Four of VIN - 0246** | $0.00 | Comparable sale | $75,000.00 |
| 47.138. | **2023 Peterbilt 579 Last Four of VIN - 0247** | $0.00 | Comparable sale | $75,000.00 |
| 47.139. | **2024 Freightliner Cascadia Last Four of VIN - 4973** | $0.00 | Comparable sale | $120,000.00 |
| 47.140. | **2024 Freightliner Cascadia Last Four of VIN - 4974** | $0.00 | Comparable sale | $120,000.00 |
| 47.141. | **2024 Freightliner Cascadia Last Four of VIN - 4975** | $0.00 | Comparable sale | $120,000.00 |
| 47.142. | **2024 Freightliner Cascadia Last Four of VIN - 4976** | $0.00 | Comparable sale | $120,000.00 |
| 47.143. | **2024 Freightliner Cascadia Last Four of VIN - 4977** | $0.00 | Comparable sale | $120,000.00 |
| 47.144. | **2024 Freightliner Cascadia Last Four of VIN - 4978** | $0.00 | Comparable sale | $120,000.00 |
| 47.145. | **2024 Freightliner Cascadia Last Four of VIN - 4979** | $0.00 | Comparable sale | $120,000.00 |
| 47.146. | **2024 Freightliner Cascadia Last Four of VIN - 4980** | $0.00 | Comparable sale | $120,000.00 |
| 47.147. | **2024 Freightliner Cascadia Last Four of VIN - 4981** | $0.00 | Comparable sale | $120,000.00 |
| 47.148. | **2024 Freightliner Cascadia Last Four of VIN - 4982** | $0.00 | Comparable sale | $120,000.00 |
| 47.149. | **2024 Freightliner Cascadia Last Four of VIN - 4983** | $0.00 | Comparable sale | $120,000.00 |
| 47.150. | **2024 Freightliner Cascadia Last Four of VIN - 5555** | $0.00 | Comparable sale | $120,000.00 |
| 47.151. | **2023 Freightliner Cascadia Last Four of VIN - 6493** | $0.00 | Comparable sale | $110,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.15 2. | **2023 Freightliner Cascadia Last Four of VIN - 6494** | $0.00 | Comparable sale | $110,000.00 |
| 47.15 3. | **2023 Freightliner Cascadia Last Four of VIN - 6495** | $0.00 | Comparable sale | $110,000.00 |
| 47.15 4. | **2024 Freightliner Cascadia Last Four of VIN - 3473** | $0.00 | Comparable sale | $120,000.00 |
| 47.15 5. | **2024 Freightliner Cascadia Last Four of VIN - 3474** | $0.00 | Comparable sale | $120,000.00 |
| 47.15 6. | **2024 Freightliner Cascadia Last Four of VIN - 3475** | $0.00 | Comparable sale | $120,000.00 |
| 47.15 7. | **2024 Freightliner Cascadia Last Four of VIN - 4984** | $0.00 | Comparable sale | $120,000.00 |
| 47.15 8. | **2024 Freightliner Cascadia Last Four of VIN - 4985** | $0.00 | Comparable sale | $120,000.00 |
| 47.15 9. | **2024 Freightliner Cascadia Last Four of VIN - 4987** | $0.00 | Comparable sale | $120,000.00 |
| 47.16 0. | **2021 Great Dane Dry Van Last Four of VIN 3922** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 1. | **2021 Great Dane Dry Van Last Four of VIN 3923** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 2. | **2021 Great Dane Dry Van Last Four of VIN 3924** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 3. | **2021 Great Dane Dry Van Last Four of VIN 3925** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 4. | **2021 Great Dane Dry Van Last Four of VIN 3926** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 5. | **2021 Great Dane Dry Van Last Four of VIN 3927** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 6. | **2022 Great Dane Dry Van Last Four of VIN 5002** | $0.00 | Comparable sale | $27,000.00 |
| 47.16 7. | **2021 Great Dane Dry Van Last Four of VIN 0015** | $0.00 | Comparable sale | $25,000.00 |

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number *(If known)*  **24-04137**
          Name

| 47.16 8. | **2021 Great Dane Dry Van Last Four of VIN 0017** | $0.00 | Comparable sale | $25,000.00 |
| 47.16 9. | **2021 Great Dane Dry Van Last Four of VIN 0018** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 0. | **2021 Great Dane Dry Van Last Four of VIN 0019** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 1. | **2021 Great Dane Dry Van Last Four of VIN 0020** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 2. | **2021 Great Dane Dry Van Last Four of VIN 0021** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 3. | **2021 Wabash Dry Van Last Four of VIN 3792** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 4. | **2021 Wabash Dry Van Last Four of VIN 3793** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 5. | **2021 Wabash Dry Van Last Four of VIN 3794** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 6. | **2021 Wabash Dry Van Last Four of VIN 3795** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 7. | **2021 Wabash Dry Van Last Four of VIN 3796** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 8. | **2021 Wabash Dry Van Last Four of VIN 3797** | $0.00 | Comparable sale | $25,000.00 |
| 47.17 9. | **2021 Wabash Dry Van Last Four of VIN 3798** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 0. | **2021 Wabash Dry Van Last Four of VIN 3799** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 1. | **2021 Wabash Dry Van Last Four of VIN 3800** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 2. | **2021 Wabash Dry Van Last Four of VIN 3801** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 3. | **2021 Wabash Dry Van Last Four of VIN 3802** | $0.00 | Comparable sale | $25,000.00 |

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number *(If known)*  **24-04137**
          Name

| 47.18 4. | **2021 Wabash Dry Van Last Four of VIN 3803** | $0.00 | Comparable sale | $25,000.00 |
|---|---|---|---|---|
| 47.18 5. | **2021 Wabash Dry Van Last Four of VIN 3804** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 6. | **2021 Wabash Dry Van Last Four of VIN 3805** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 7. | **2021 Wabash Dry Van Last Four of VIN 3806** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 8. | **2021 Wabash Dry Van Last Four of VIN 3807** | $0.00 | Comparable sale | $25,000.00 |
| 47.18 9. | **2021 Wabash Dry Van Last Four of VIN 3808** | $0.00 | Comparable sale | $25,000.00 |
| 47.19 0. | **2021 Wabash Dry Van Last Four of VIN 3809** | $0.00 | Comparable sale | $25,000.00 |
| 47.19 1. | **2021 Wabash Dry Van Last Four of VIN 3810** | $0.00 | Comparable sale | $25,000.00 |
| 47.19 2. | **2021 Wabash Dry Van Last Four of VIN 3811** | $0.00 | Comparable sale | $25,000.00 |
| 47.19 3. | **2021 Great Dane Dry Van Last Four of VIN 0014** | $0.00 | Comparable sale | $25,000.00 |
| 47.19 4. | **2022 Wabash Dry Van Last Four of VIN 2478** | $0.00 | Comparable sale | $27,000.00 |
| 47.19 5. | **2022 Wabash Dry Van Last Four of VIN 2479** | $0.00 | Comparable sale | $27,000.00 |
| 47.19 6. | **2022 Wabash Dry Van Last Four of VIN 2480** | $0.00 | Comparable sale | $27,000.00 |
| 47.19 7. | **2022 Wabash Dry Van Last Four of VIN 2481** | $0.00 | Comparable sale | $27,000.00 |
| 47.19 8. | **2022 Wabash Dry Van Last Four of VIN 2483** | $0.00 | Comparable sale | $27,000.00 |
| 47.19 9. | **2022 Wabash Dry Van Last Four of VIN 2484** | $0.00 | Comparable sale | $27,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.20 0. | **2022 Wabash Dry Van Last Four of VIN 2485** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 1. | **2022 Wabash Dry Van Last Four of VIN 2486** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 2. | **2022 Wabash Dry Van Last Four of VIN 2487** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 3. | **2022 Wabash Dry Van Last Four of VIN 2489** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 4. | **2022 Wabash Dry Van Last Four of VIN 2490** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 5. | **2022 Wabash Dry Van Last Four of VIN 2491** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 6. | **2022 Wabash Dry Van Last Four of VIN 2492** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 7. | **2022 Wabash Dry Van Last Four of VIN 2494** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 8. | **2022 Great Dane Dry Van Last Four of VIN 5003** | $0.00 | Comparable sale | $27,000.00 |
| 47.20 9. | **2022 Great Dane Dry Van Last Four of VIN 5004** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 0. | **2022 Great Dane Dry Van Last Four of VIN 5005** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 1. | **2022 Great Dane Dry Van Last Four of VIN 5006** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 2. | **2022 Great Dane Dry Van Last Four of VIN 5007** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 3. | **2022 Great Dane Dry Van Last Four of VIN 5008** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 4. | **2022 Great Dane Dry Van Last Four of VIN 5009** | $0.00 | Comparable sale | $27,000.00 |
| 47.21 5. | **2022 Great Dane Dry Van Last Four of VIN 5010** | $0.00 | Comparable sale | $27,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.216. | **2022 Great Dane Dry Van Last Four of VIN 5011** | $0.00 | Comparable sale | $27,000.00 |
| 47.217. | **2022 Great Dane Dry Van Last Four of VIN 5012** | $0.00 | Comparable sale | $27,000.00 |
| 47.218. | **2022 Great Dane Dry Van Last Four of VIN 5013** | $0.00 | Comparable sale | $27,000.00 |
| 47.219. | **2022 Great Dane Dry Van Last Four of VIN 5014** | $0.00 | Comparable sale | $27,000.00 |
| 47.220. | **2022 Great Dane Dry Van Last Four of VIN 5015** | $0.00 | Comparable sale | $27,000.00 |
| 47.221. | **2022 Great Dane Dry Van Last Four of VIN 5016** | $0.00 | Comparable sale | $27,000.00 |
| 47.222. | **2022 Great Dane Dry Van Last Four of VIN 5017** | $0.00 | Comparable sale | $27,000.00 |
| 47.223. | **2022 Great Dane Dry Van Last Four of VIN 5018** | $0.00 | Comparable sale | $27,000.00 |
| 47.224. | **2022 Great Dane Dry Van Last Four of VIN 5019** | $0.00 | Comparable sale | $27,000.00 |
| 47.225. | **2022 Great Dane Dry Van Last Four of VIN 5020** | $0.00 | Comparable sale | $27,000.00 |
| 47.226. | **2022 Great Dane Dry Van Last Four of VIN 5021** | $0.00 | Comparable sale | $27,000.00 |
| 47.227. | **2022 Great Dane Dry Van Last Four of VIN 5022** | $0.00 | Comparable sale | $27,000.00 |
| 47.228. | **2022 Great Dane Dry Van Last Four of VIN 5023** | $0.00 | Comparable sale | $27,000.00 |
| 47.229. | **2022 Great Dane Dry Van Last Four of VIN 5024** | $0.00 | Comparable sale | $27,000.00 |
| 47.230. | **2022 Great Dane Dry Van Last Four of VIN 5025** | $0.00 | Comparable sale | $27,000.00 |
| 47.231. | **2022 Great Dane Dry Van Last Four of VIN 5026** | $0.00 | Comparable sale | $27,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| 47.23 2. | **2022 Great Dane Dry Van Last Four of VIN 5027** | $0.00 | Comparable sale | $27,000.00 |
|---|---|---|---|---|
| 47.23 3. | **2022 Great Dane Dry Van Last Four of VIN 5028** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 4. | **2022 Great Dane Dry Van Last Four of VIN 5029** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 5. | **2022 Great Dane Dry Van Last Four of VIN 5030** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 6. | **2022 Great Dane Dry Van Last Four of VIN 5031** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 7. | **2022 Great Dane Dry Van Last Four of VIN 5032** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 8. | **2022 Great Dane Dry Van Last Four of VIN 5033** | $0.00 | Comparable sale | $27,000.00 |
| 47.23 9. | **2022 Great Dane Dry Van Last Four of VIN 5034** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 0. | **2022 Great Dane Dry Van Last Four of VIN 5035** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 1. | **2022 Great Dane Dry Van Last Four of VIN 5036** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 2. | **2022 Great Dane Dry Van Last Four of VIN 5037** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 3. | **2022 Great Dane Dry Van Last Four of VIN 5038** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 4. | **2022 Great Dane Dry Van Last Four of VIN 5039** | $0.00 | Comparable sale | $27,000.00 |
| 47.24 5. | **2021 Wabash Dry Van Last Four of VIN 5737** | $0.00 | Comparable sale | $25,000.00 |
| 47.24 6. | **2021 Wabash Dry Van Last Four of VIN 5738** | $0.00 | Comparable sale | $25,000.00 |
| 47.24 7. | **2021 Wabash Dry Van Last Four of VIN 5735** | $0.00 | Comparable sale | $25,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(if known)*  **24-04137** |
|--------|-----------------------|--|-------------------------|
| | Name | | |

| 47.248. | **2021 Wabash Dry Van Last Four of VIN 5736** | $0.00 | Comparable sale | $25,000.00 |
|---------|--|--|--|--|
| 47.249. | **2022 Wabash Dry Van Last Four of VIN 2475** | $0.00 | Comparable sale | $27,000.00 |
| 47.250. | **2022 Wabash Dry Van Last Four of VIN 2476** | $0.00 | Comparable sale | $27,000.00 |
| 47.251. | **2022 Great Dane Dry Van Last Four of VIN 5040** | $0.00 | Comparable sale | $27,000.00 |
| 47.252. | **2022 Great Dane Dry Van Last Four of VIN 5041** | $0.00 | Comparable sale | $27,000.00 |
| 47.253. | **2022 Great Dane Dry Van Last Four of VIN 5042** | $0.00 | Comparable sale | $27,000.00 |
| 47.254. | **2022 Great Dane Dry Van Last Four of VIN 5043** | $0.00 | Comparable sale | $27,000.00 |
| 47.255. | **2022 Great Dane Dry Van Last Four of VIN 5044** | $0.00 | Comparable sale | $27,000.00 |
| 47.256. | **2022 Great Dane Dry Van Last Four of VIN 5045** | $0.00 | Comparable sale | $27,000.00 |
| 47.257. | **2022 Great Dane Dry Van Last Four of VIN 5046** | $0.00 | Comparable sale | $27,000.00 |
| 47.258. | **2022 Great Dane Dry Van Last Four of VIN 5047** | $0.00 | Comparable sale | $27,000.00 |
| 47.259. | **2022 Great Dane Dry Van Last Four of VIN 5048** | $0.00 | Comparable sale | $27,000.00 |
| 47.260. | **2022 Great Dane Dry Van Last Four of VIN 5049** | $0.00 | Comparable sale | $27,000.00 |
| 47.261. | **2022 Great Dane Dry Van Last Four of VIN 5050** | $0.00 | Comparable sale | $27,000.00 |
| 47.262. | **2022 Great Dane Dry Van Last Four of VIN 5051** | $0.00 | Comparable sale | $27,000.00 |
| 47.263. | **2022 Great Dane Dry Van Last Four of VIN 2293** | $0.00 | Comparable sale | $27,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.264. | **2022 Great Dane Dry Van Last Four of VIN 2295** | $0.00 | Comparable sale | $27,000.00 |
| 47.265. | **2022 Great Dane Dry Van Last Four of VIN 2297** | $0.00 | Comparable sale | $27,000.00 |
| 47.266. | **2022 Great Dane Dry Van Last Four of VIN 2298** | $0.00 | Comparable sale | $27,000.00 |
| 47.267. | **2022 Great Dane Dry Van Last Four of VIN 2301** | $0.00 | Comparable sale | $27,000.00 |
| 47.268. | **2022 Great Dane Dry Van Last Four of VIN 2302** | $0.00 | Comparable sale | $27,000.00 |
| 47.269. | **2022 Great Dane Dry Van Last Four of VIN 2303** | $0.00 | Comparable sale | $27,000.00 |
| 47.270. | **2022 Great Dane Dry Van Last Four of VIN 2305** | $0.00 | Comparable sale | $27,000.00 |
| 47.271. | **2022 Great Dane Dry Van Last Four of VIN 2307** | $0.00 | Comparable sale | $27,000.00 |
| 47.272. | **2022 Great Dane Dry Van Last Four of VIN 2308** | $0.00 | Comparable sale | $27,000.00 |
| 47.273. | **2022 Great Dane Dry Van Last Four of VIN 2310** | $0.00 | Comparable sale | $27,000.00 |
| 47.274. | **2022 Great Dane Dry Van Last Four of VIN 2311** | $0.00 | Comparable sale | $27,000.00 |
| 47.275. | **2022 Great Dane Dry Van Last Four of VIN 2312** | $0.00 | Comparable sale | $27,000.00 |
| 47.276. | **2022 Great Dane Dry Van Last Four of VIN 2317** | $0.00 | Comparable sale | $27,000.00 |
| 47.277. | **2023 Vanguard Van Last Four of VIN 4112** | $0.00 | Comparable sale | $28,000.00 |
| 47.278. | **2023 Vanguard Van Last Four of VIN 4113** | $0.00 | Comparable sale | $28,000.00 |
| 47.279. | **2023 Vanguard Van Last Four of VIN 4114** | $0.00 | Comparable sale | $28,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.280. | **2023 Vanguard Van Last Four of VIN 4115** | $0.00 | Comparable sale | $28,000.00 |
| 47.281. | **2023 Vanguard Van Last Four of VIN 4116** | $0.00 | Comparable sale | $28,000.00 |
| 47.282. | **2023 Vanguard Van Last Four of VIN 4117** | $0.00 | Comparable sale | $28,000.00 |
| 47.283. | **2023 Vanguard Van Last Four of VIN 4118** | $0.00 | Comparable sale | $28,000.00 |
| 47.284. | **2023 Vanguard Van Last Four of VIN 4119** | $0.00 | Comparable sale | $28,000.00 |
| 47.285. | **2023 Vanguard Van Last Four of VIN 4120** | $0.00 | Comparable sale | $28,000.00 |
| 47.286. | **2023 Vanguard Van Last Four of VIN 4121** | $0.00 | Comparable sale | $28,000.00 |
| 47.287. | **2023 Vanguard Van Last Four of VIN 4122** | $0.00 | Comparable sale | $28,000.00 |
| 47.288. | **2023 Vanguard Van Last Four of VIN 4123** | $0.00 | Comparable sale | $28,000.00 |
| 47.289. | **2023 Vanguard Van Last Four of VIN 4124** | $0.00 | Comparable sale | $28,000.00 |
| 47.290. | **2022 Vanguard Van Last Four of VIN 4125** | $0.00 | Comparable sale | $28,000.00 |
| 47.291. | **2023 Vanguard Van Last Four of VIN 4126** | $0.00 | Comparable sale | $28,000.00 |
| 47.292. | **2023 Vanguard Van Last Four of VIN 4127** | $0.00 | Comparable sale | $28,000.00 |
| 47.293. | **2023 Vanguard Van Last Four of VIN 4128** | $0.00 | Comparable sale | $28,000.00 |
| 47.294. | **2023 Vanguard Van Last Four of VIN 4129** | $0.00 | Comparable sale | $28,000.00 |
| 47.295. | **2023 Vanguard Van Last Four of VIN 4130** | $0.00 | Comparable sale | $28,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.296. | **2023 Vanguard Van Last Four of VIN 4131** | $0.00 | Comparable sale |
| 47.297. | **2023 Vanguard Van Last Four of VIN 4132** | $0.00 | Comparable sale |
| 47.298. | **2023 Vanguard Van Last Four of VIN 4133** | $0.00 | Comparable sale |
| 47.299. | **2023 Vanguard Van Last Four of VIN 4134** | $0.00 | Comparable sale |
| 47.300. | **2023 Vanguard Van Last Four of VIN 4135** | $0.00 | Comparable sale |
| 47.301. | **2023 Vanguard Van Last Four of VIN 4136** | $0.00 | Comparable sale |
| 47.302. | **2023 Vanguard Van Last Four of VIN 4137** | $0.00 | Comparable sale |
| 47.303. | **2023 Vanguard Van Last Four of VIN 4138** | $0.00 | Comparable sale |
| 47.304. | **2023 Vanguard Van Last Four of VIN 4139** | $0.00 | Comparable sale |
| 47.305. | **2023 Vanguard Van Last Four of VIN 4140** | $0.00 | Comparable sale |
| 47.306. | **2023 Vanguard Van Last Four of VIN 4141** | $0.00 | Comparable sale |
| 47.307. | **2023 Vanguard Van Last Four of VIN 4142** | $0.00 | Comparable sale |
| 47.308. | **2023 Vanguard Van Last Four of VIN 4143** | $0.00 | Comparable sale |
| 47.309. | **2023 Vanguard Van Last Four of VIN 4144** | $0.00 | Comparable sale |
| 47.310. | **2023 Vanguard Van Last Four of VIN 4145** | $0.00 | Comparable sale |
| 47.311. | **2023 Vanguard Van Last Four of VIN 4146** | $0.00 | Comparable sale |

Each row amount: $28,000.00

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(If known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.312. | **2023 Vanguard Van Last Four of VIN 4147** | $0.00 | Comparable sale | $28,000.00 |
| 47.313. | **2023 Vanguard Van Last Four of VIN 4148** | $0.00 | Comparable sale | $28,000.00 |
| 47.314. | **2023 Vanguard Van Last Four of VIN 4149** | $0.00 | Comparable sale | $28,000.00 |
| 47.315. | **2023 Vanguard Van Last Four of VIN 4150** | $0.00 | Comparable sale | $28,000.00 |
| 47.316. | **2023 Wabash Van Last Four of VIN 4279** | $0.00 | Comparable sale | $35,000.00 |
| 47.317. | **2023 Wabash Van Last Four of VIN 4280** | $0.00 | Comparable sale | $35,000.00 |
| 47.318. | **2023 Wabash Van Last Four of VIN 4281** | $0.00 | Comparable sale | $35,000.00 |
| 47.319. | **2023 Wabash Van Last Four of VIN 4282** | $0.00 | Comparable sale | $35,000.00 |
| 47.320. | **2023 Wabash Van Last Four of VIN 4283** | $0.00 | Comparable sale | $35,000.00 |
| 47.321. | **2023 Wabash Van Last Four of VIN 4284** | $0.00 | Comparable sale | $35,000.00 |
| 47.322. | **2023 Wabash Van Last Four of VIN 4285** | $0.00 | Comparable sale | $35,000.00 |
| 47.323. | **2023 Wabash Van Last Four of VIN 4286** | $0.00 | Comparable sale | $35,000.00 |
| 47.324. | **2023 Wabash Van Last Four of VIN 4287** | $0.00 | Comparable sale | $35,000.00 |
| 47.325. | **2023 Wabash Van Last Four of VIN 4288** | $0.00 | Comparable sale | $35,000.00 |
| 47.326. | **2023 Wabash Van Last Four of VIN 4289** | $0.00 | Comparable sale | $35,000.00 |
| 47.327. | **2023 Wabash Van Last Four of VIN 4290** | $0.00 | Comparable sale | $35,000.00 |
| 47.328. | **2023 Wabash Van Last Four of VIN 4291** | $0.00 | Comparable sale | $35,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.329. | 2023 Wabash Van Last Four of VIN 4292 | $0.00 | Comparable sale | $35,000.00 |
| 47.330. | 2023 Wabash Van Last Four of VIN 4293 | $0.00 | Comparable sale | $35,000.00 |
| 47.331. | 2023 Wabash Van Last Four of VIN 4294 | $0.00 | Comparable sale | $35,000.00 |
| 47.332. | 2023 Wabash Van Last Four of VIN 4295 | $0.00 | Comparable sale | $35,000.00 |
| 47.333. | 2023 Wabash Van Last Four of VIN 4296 | $0.00 | Comparable sale | $35,000.00 |
| 47.334. | 2023 Wabash Van Last Four of VIN 4297 | $0.00 | Comparable sale | $35,000.00 |
| 47.335. | 2023 Wabash Van Last Four of VIN 4298 | $0.00 | Comparable sale | $35,000.00 |
| 47.336. | 2023 Wabash Van Last Four of VIN 4299 | $0.00 | Comparable sale | $35,000.00 |
| 47.337. | 2023 Wabash Van Last Four of VIN 4300 | $0.00 | Comparable sale | $35,000.00 |
| 47.338. | 2023 Wabash Van Last Four of VIN 4301 | $0.00 | Comparable sale | $35,000.00 |
| 47.339. | 2023 Wabash Van Last Four of VIN 4302 | $0.00 | Comparable sale | $35,000.00 |
| 47.340. | 2023 Wabash Van Last Four of VIN 4303 | $0.00 | Comparable sale | $35,000.00 |
| 47.341. | 2020 Transcraft Flatbed Last Four of VIN 6509 | $0.00 | Comparable sale | $15,000.00 |
| 47.342. | 2021 East Flatbed Last Four of VIN 3852 | $0.00 | Comparable sale | $30,000.00 |
| 47.343. | 2021 East Flatbed Last Four of VIN 3853 | $0.00 | Comparable sale | $30,000.00 |
| 47.344. | 2021 East Flatbed Last Four of VIN 3854 | $0.00 | Comparable sale | $30,000.00 |
| 47.345. | 2021 East Flatbed Last Four of VIN 3855 | $0.00 | Comparable sale | $30,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)*  **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.346. | **2021 East Flatbed Last Four of VIN 3857** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.347. | **2021 East Flatbed Last Four of VIN 3858** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.348. | **2021 East Flatbed Last Four of VIN 3859** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.349. | **2021 East Flatbed Last Four of VIN 3860** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.350. | **2023 Reitnouer Conestoga Last Four of VIN 3864** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.351. | **2023 Reitnouer Conestoga Last Four of VIN 3865** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.352. | **2023 Reitnouer Conestoga Last Four of VIN 3866** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.353. | **2023 Reitnouer Conestoga Last Four of VIN 3867** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.354. | **2023 Reitnouer Conestoga Last Four of VIN 3868** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.355. | **2023 Reitnouer Conestoga Last Four of VIN 3869** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.356. | **2023 Reitnouer Conestoga Last Four of VIN 3872** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.357. | **2023 Reitnouer Conestoga Last Four of VIN 3873** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.358. | **2023 Reitnouer Conestoga Last Four of VIN 3870** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.359. | **2023 Reitnouer Conestoga Last Four of VIN 3884** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.360. | **2023 Reitnouer Conestoga Last Four of VIN 3885** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.361. | **2023 Reitnouer Conestoga Last Four of VIN 3886** | $0.00 | **Comparable sale** | $60,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.36 2. | **2023 Reitnouer Conestoga Last Four of VIN 3887** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 3. | **2023 Reitnouer Conestoga Last Four of VIN 3888** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 4. | **2023 Reitnouer Conestoga Last Four of VIN 3889** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 5. | **2023 Reitnouer Conestoga Last Four of VIN 3890** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 6. | **2023 Reitnouer Conestoga Last Four of VIN 3891** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 7. | **2023 Reitnouer Conestoga Last Four of VIN 3892** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 8. | **2023 Reitnouer Conestoga Last Four of VIN 3893** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.36 9. | **2023 Reitnouer Conestoga Last Four of VIN 3894** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 0. | **2023 Reitnouer Conestoga Last Four of VIN 3895** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 1. | **2023 Reitnouer Conestoga Last Four of VIN 3902** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 2. | **2023 Reitnouer Conestoga Last Four of VIN 3903** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 3. | **2023 Reitnouer Conestoga Last Four of VIN 3906** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 4. | **2023 Reitnouer Conestoga Last Four of VIN 3907** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 5. | **2023 Reitnouer Conestoga Last Four of VIN 3909** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 6. | **2023 Reitnouer Conestoga Last Four of VIN 3910** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.37 7. | **2023 Reitnouer Conestoga Last Four of VIN 3921** | $0.00 | **Comparable sale** | $60,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 25

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(If known)* **24-04137** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.378. | **2023 Reitnouer Conestoga Last Four of VIN 3911** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.379. | **2023 Reitnouer Flatbed Last Four of VIN 3913** | $0.00 | **Comparable sale** | $42,000.00 |
| 47.380. | **2023 Reitnouer Conestoga Last Four of VIN 3923** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.381. | **2023 Reitnouer Conestoga Last Four of VIN 3908** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.382. | **2023 Reitnouer Conestoga Last Four of VIN 3905** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.383. | **2023 Reitnouer Conestoga Last Four of VIN 3904** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.384. | **2023 Reitnouer Conestoga Last Four of VIN 3929** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.385. | **2023 Reitnouer Conestoga Last Four of VIN 3926** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.386. | **2023 Reitnouer Conestoga Last Four of VIN 3924** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.387. | **2023 Reitnouer Flatbed Last Four of VIN 3922** | $0.00 | **Comparable sale** | $42,000.00 |
| 47.388. | **2023 Reitnouer Flatbed Last Four of VIN 3912** | $0.00 | **Comparable sale** | $42,000.00 |
| 47.389. | **2023 Reitnouer Conestoga Last Four of VIN 3928** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.390. | **2023 Reitnouer Conestoga Last Four of VIN 3927** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.391. | **2023 Reitnouer Conestoga Last Four of VIN 3925** | $0.00 | **Comparable sale** | $60,000.00 |
| 47.392. | **2024 Reitnouer Flatbed Last Four of VIN 3864** | $0.00 | **Comparable sale** | $42,000.00 |
| 47.393. | **2024 Reitnouer Flatbed Last Four of VIN 3931** | $0.00 | **Comparable sale** | $42,000.00 |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* **24-04137** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.39 4. | **2022 Freightliner Cascadia Last Four of VIN - 4172** | $0.00 | Blackbook | $55,000.00 |
| 47.39 5. | **2023 Reitnouer Conestoga Last Four of VIN 3871** | $0.00 | | $60,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                        | $18,592,000.00 |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Truck & Trailer Leasing Avenue LLC**                     Case number *(If known)*  **24-04137**
         <sub>Name</sub>

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$57,176.20** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$18,592,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$18,649,176.20** | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$18,649,176.20** |

**Fill in this information to identify the case:**

Debtor name    **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **24-04137**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Arvest Equip Finance**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2022 Freightliner Cascadia Last Four of VIN - 9152** | $107,850.66 | $55,000.00 |

**2.1**   **Arvest Equip Finance**
Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9152**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$107,850.66        $55,000.00

---

**2.2**   **Arvest Equip Finance**
Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9160**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$107,850.66        $55,000.00

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9153**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9170**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9151**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Debtor **Truck & Trailer Leasing Avenue LLC**

Name

Case number (if known) **24-04137**

---

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Arvest Equip Finance** | | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9156**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Arvest Equip Finance** | | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9145**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                                 Case number (if known)   **24-04137**
_____
Name

| Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9147** |

**8000 Taylor Avenue**
**Fort Smith, AR 72916**
_____
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**   ☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.9 | **Arvest Equip Finance** | **Describe debtor's property that is subject to a lien** | **$107,850.66** | **$55,000.00** |

Creditor's Name   **2022 Freightliner Cascadia Last Four of VIN - 9148**

**8000 Taylor Avenue**
**Fort Smith, AR 72916**
_____
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**   ☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.10 | **Arvest Equip Finance** | **Describe debtor's property that is subject to a lien** | **$107,850.66** | **$55,000.00** |

Creditor's Name   **2022 Freightliner Cascadia Last Four of VIN - 9149**

**8000 Taylor Avenue**
**Fort Smith, AR 72916**
_____
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**   ☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|--------|-------------------------------------|-------------------------|----------|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|-------|---|---|---|

**Arvest Equip Finance**
Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9155**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$107,850.66    $55,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | |
|-------|---|---|---|

**Arvest Equip Finance**
Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9158**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$107,850.66    $55,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | | | |
|-------|---|---|---|

**Arvest Equip Finance**
Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9162**

**Describe the lien**

$107,850.66    $55,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9163**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue
Fort Smith, AR 72916**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9165**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9167** | | |

**8000 Taylor Avenue
Fort Smith, AR 72916**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Arvest Equip Finance** | Describe debtor's property that is subject to a lien | $107,850.66 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9171** | | |

**8000 Taylor Avenue
Fort Smith, AR 72916**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $25,736.39 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Freightliner Cascadia Last Four of VIN - 1503** | | |

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

Debtor    **Truck & Trailer Leasing Avenue LLC**                          Case number (if known)    **24-04137**
          Name

Is the creditor an insider or related party?

Creditor's email address, if known          ■ No
                                            ☐ Yes

**Date debt was incurred**                  Is anyone else liable on this claim?
                                            ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 9 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $89,109.02 | $55,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9138**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known          ■ No
                                            ☐ Yes

**Date debt was incurred**                  Is anyone else liable on this claim?
                                            ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

**$89,109.02**    **$55,000.00**

---

| 2.2 0 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $89,109.02 | $55,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9139**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known          ■ No
                                            ☐ Yes

**Date debt was incurred**                  Is anyone else liable on this claim?
                                            ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply

**$89,109.02**    **$55,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9140**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$89,109.02     $55,000.00

---

| 2.2 2 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9141**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$89,109.02     $55,000.00

---

| 2.2 3 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9143**

**Describe the lien**
**Purchase Money Security**

$89,109.02     $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $89,214.76 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9144**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $89,214.76 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9146**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)    **24-04137**
_____Name_____

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 6 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$89,214.76** | **$55,000.00** |

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9150**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 7 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$89,214.76** | **$55,000.00** |

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9164**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 8 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$89,214.76** | **$55,000.00** |

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9168**

**Describe the lien**
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 4220**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$92,769.34    $55,000.00

---

**2.30**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 4221**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$92,769.34    $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

No ■

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 1**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 3834**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$92,769.34**       **$55,000.00**

---

**2.3 2**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 4157**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$92,769.34**       **$55,000.00**

---

**2.3 3**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 4002**

Describe the lien
**Purchase Money Security**

**$92,769.34**       **$55,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$92,769.34** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**2022 Freightliner Cascadia Last Four of VIN - 4172**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 5 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$51,549.20** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**2019 International LT625 Last Four of VIN - 0540**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 6**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN - 3898**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$156,912.16     $65,000.00

---

**2.3 7**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN - 3901**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$156,912.16     $65,000.00

---

**2.3 8**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN - 3899**

Describe the lien
**Purchase Money Security**

$156,912.16     $65,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $156,912.16 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2023 Freightliner Cascadia Last Four of VIN - 3900**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 0 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $156,912.16 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2023 Freightliner Cascadia Last Four of VIN - 3902**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**2023 International LT625 Last Four of VIN - 4567**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$142,208.77     $75,000.00

---

| 2.4 2 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**2023 International LT625 Last Four of VIN - 4568**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$142,208.77     $75,000.00

---

| 2.4 3 | **Bank Midwest - NBH** |
|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 International LT625 Last Four of VIN - 4569**

**Describe the lien**
**Purchase Money Security**

$142,208.77     $75,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  17 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $142,208.77 | $75,000.00 |

Creditor's Name

**2023 International LT625 Last Four of VIN - 4570**

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $164,540.77 | $75,000.00 |

Creditor's Name

**2023 Peterbilt 579 Last Four of VIN - 0244**

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 6**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Peterbilt 579 Last Four of VIN - 0245**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$164,540.77     $75,000.00

---

**2.4 7**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Peterbilt 579 Last Four of VIN - 0246**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$164,540.77     $75,000.00

---

**2.4 8**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Peterbilt 579 Last Four of VIN - 0247**

Describe the lien
**Purchase Money Security**

$164,540.77     $75,000.00

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                                    Case number (if known)   **24-04137**
         Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Bank Midwest - NBH** | | $40,911.15 | $25,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Wabash Dry Van Last Four of VIN 3792**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Bank Midwest - NBH** | | $40,911.15 | $25,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Wabash Dry Van Last Four of VIN 3793**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | | | |
|---|---|---|---|

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3794**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,911.15**          **$25,000.00**

---

| 2.5 2 | | | |
|---|---|---|---|

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3795**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,911.15**          **$25,000.00**

---

| 2.5 3 | | | |
|---|---|---|---|

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3796**

Describe the lien
**Purchase Money Security**

**$40,911.15**          **$25,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 4 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $40,911.15 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Wabash Dry Van Last Four of VIN 3797** | | |

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $40,911.15 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Wabash Dry Van Last Four of VIN 3798** | | |

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 6**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3799**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,911.15     $25,000.00

---

**2.5 7**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3800**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,911.15     $25,000.00

---

**2.5 8**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3801**

Describe the lien
**Purchase Money Security**

$40,911.15     $25,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 9 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $40,911.15 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 Wabash Dry Van Last Four of VIN 3802**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 0 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $40,911.15 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 Wabash Dry Van Last Four of VIN 3803**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 1**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3804**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,911.15    $25,000.00

---

**2.6 2**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3805**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,911.15    $25,000.00

---

**2.6 3**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3806**

Describe the lien
**Purchase Money Security**

$40,911.15    $25,000.00

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
         Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 4 | **Bank Midwest - NBH**<br>Creditor's Name<br><br>**1111 Main St.**<br>**Kansas City, MO 64105**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2021 Wabash Dry Van Last Four of VIN 3807** | **$40,911.15** | **$25,000.00** |
|---|---|---|---|---|

| | | **Describe the lien**<br>**Purchase Money Security** |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 5 | **Bank Midwest - NBH**<br>Creditor's Name<br><br>**1111 Main St.**<br>**Kansas City, MO 64105**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2021 Wabash Dry Van Last Four of VIN 3808** | **$40,911.15** | **$25,000.00** |
|---|---|---|---|---|

| | | **Describe the lien**<br>**Purchase Money Security** |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 6**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3809**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,911.15**   **$25,000.00**

---

**2.6 7**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3810**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,911.15**   **$25,000.00**

---

**2.6 8**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 3811**

Describe the lien
**Purchase Money Security**

**$40,911.15**   **$25,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 9**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4279**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,852.93        $35,000.00

---

**2.7 0**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4280**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$48,852.93        $35,000.00

---

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)    **24-04137**
          Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $48,852.93 | $35,000.00 |

**Bank Midwest - NBH**
Creditor's Name

Describe debtor's property that is subject to a lien
**2023 Wabash Van Last Four of VIN 4281**

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Bank Midwest - NBH**
Creditor's Name    $48,852.93    $35,000.00

Describe debtor's property that is subject to a lien
**2023 Wabash Van Last Four of VIN 4282**

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Bank Midwest - NBH**
Creditor's Name    $48,852.93    $35,000.00

Describe debtor's property that is subject to a lien
**2023 Wabash Van Last Four of VIN 4283**

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 4** | **Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4284**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,852.93     $35,000.00

---

**2.7 5** | **Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4285**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$48,852.93     $35,000.00

---

Debtor    **Truck & Trailer Leasing Avenue LLC**
Name

Case number (if known)    **24-04137**

☐ Contingent
■ No
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

**2.7 6**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4286**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,852.93      $35,000.00

---

**2.7 7**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4287**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,852.93      $35,000.00

---

**2.7 8**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4288**

**Describe the lien**
**Purchase Money Security**

$48,852.93      $35,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.79 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $48,852.93 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Wabash Van Last Four of VIN 4289**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.80 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $48,852.93 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**2023 Wabash Van Last Four of VIN 4290**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 1 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$48,852.93** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2023 Wabash Van Last Four of VIN 4291**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 2 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$48,852.93** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2023 Wabash Van Last Four of VIN 4292**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 3 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | **$48,852.93** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2023 Wabash Van Last Four of VIN 4293**

**Describe the lien**

**Purchase Money Security**

---

Debtor  **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 4 | **Bank Midwest - NBH** | | $48,852.93 | $35,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4294**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 5 | **Bank Midwest - NBH** | | $48,852.93 | $35,000.00 |

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4295**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)    **24-04137**
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | $48,852.93 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
**2023 Wabash Van Last Four of VIN 4296**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | $48,852.93 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
**2023 Wabash Van Last Four of VIN 4297**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | **Bank Midwest - NBH** | **Describe debtor's property that is subject to a lien** | $48,852.93 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name
**2023 Wabash Van Last Four of VIN 4298**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
| | Name | | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.89**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4299**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,852.93          $35,000.00

---

**2.90**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4300**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$48,852.93          $35,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9.1**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4301**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $48,852.93 | $35,000.00 |
|---|---|

---

**2.9.2**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4302**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $48,852.93 | $35,000.00 |
|---|---|

---

**2.9.3**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Wabash Van Last Four of VIN 4303**

**Describe the lien**
**Purchase Money Security**

| $48,852.93 | $35,000.00 |
|---|---|

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 37 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 4 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 East Flatbed Last Four of VIN 3853**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 5 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 East Flatbed Last Four of VIN 3854**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 6 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2021 East Flatbed Last Four of VIN 3855**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 7 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2021 East Flatbed Last Four of VIN 3857**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 8 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2021 East Flatbed Last Four of VIN 3858**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 9 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 East Flatbed Last Four of VIN 3859**

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 00 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $46,487.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**2021 East Flatbed Last Four of VIN 3860**

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.1 01**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3906**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,841.01 | $60,000.00

---

**2.1 02**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3907**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,841.01 | $60,000.00

---

**2.1 03**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3909**

**Describe the lien**
**Purchase Money Security**

$75,841.01 | $60,000.00

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                Case number (if known)   **24-04137**
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 04 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

**2023 Reitnouer Conestoga Last Four of VIN 3910**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 05 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

**2023 Reitnouer Conestoga Last Four of VIN 3921**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 06 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$75,841.01** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name
**2023 Reitnouer Conestoga Last Four of VIN 3911**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 07 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$75,841.01** | **$42,000.00** |
|---|---|---|---|---|

Creditor's Name
**2023 Reitnouer Flatbed Last Four of VIN 3913**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 08 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$75,841.01** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name
**2023 Reitnouer Conestoga Last Four of VIN 3923**

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
_____
Name

Creditor's email address, if known          Is the creditor an insider or related party?
_____                            ■ No
                                             ☐ Yes
**Date debt was incurred**                   Is anyone else liable on this claim?
                                             ☐ No
**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 09 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |

Creditor's Name

**1111 Main St.**                            **2023 Reitnouer Conestoga Last Four of VIN**
**Kansas City, MO 64105**                    **3908**
_____
Creditor's mailing address

                                             Describe the lien
                                             **Purchase Money Security**
_____                            Is the creditor an insider or related party?
Creditor's email address, if known           ■ No
                                             ☐ Yes
**Date debt was incurred**                   Is anyone else liable on this claim?
                                             ☐ No
**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its              ☐ Disputed
relative priority.

---

| 2.1 10 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |

Creditor's Name

**1111 Main St.**                            **2023 Reitnouer Conestoga Last Four of VIN**
**Kansas City, MO 64105**                    **3905**
_____
Creditor's mailing address

                                             Describe the lien
                                             **Purchase Money Security**
_____                            Is the creditor an insider or related party?
Creditor's email address, if known           ■ No
                                             ☐ Yes
**Date debt was incurred**                   Is anyone else liable on this claim?
                                             ☐ No
**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
　　　　　Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 11 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3904**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 12 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3929**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 13 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | $75,841.01 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3926**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 14 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$58,741.03** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

**2023 Reitnouer Conestoga Last Four of VIN 3924**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 15 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$58,743.03** | **$42,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

**2023 Reitnouer Flatbed Last Four of VIN 3922**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 16 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$58,744.03** | **$42,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Flatbed Last Four of VIN 3912**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 17 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$58,744.03** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3928**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 18 | **Bank Midwest - NBH** | Describe debtor's property that is subject to a lien | **$58,744.03** | **$60,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Main St.
Kansas City, MO 64105**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3927**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 19**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Reitnouer Conestoga Last Four of VIN 3925**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$58,744.03**     **$60,000.00**

---

**2.1 20**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.
Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2024 Reitnouer Flatbed Last Four of VIN 3864**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$58,744.03**     **$42,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|--------|----------------------------------------|------------------------|--------------|
|        | Name |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 21**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2024 Reitnouer Flatbed Last Four of VIN 3931**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,744.03 | $42,000.00

---

**2.1 22**

**Bank Midwest - NBH**
Creditor's Name

**1111 Main St.**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 East Flatbed Last Four of VIN 3852**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,487.17 | $30,000.00

---

**2.1 23**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9178**

Describe the lien
**Purchase Money Security**

$111,113.02 | $55,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  49 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 24 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John Carpenter Freeway
Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9181**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 25 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John Carpenter Freeway
Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9179**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 26 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9182** | | |

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 27 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9157** | | |

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 28 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9174** | | |

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 29** | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9166**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 30** | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $111,113.02 | $55,000.00 |

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9183**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 31**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9176**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$111,113.02    $55,000.00

---

**2.1 32**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9177**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$111,113.02    $55,000.00

---

**2.1 33**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9180**

Describe the lien
**Purchase Money Security**

$110,414.73    $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 34 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $110,414.73 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9184**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 35 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $110,414.73 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9185**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.1 36**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway Richardson, TX 75082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9186**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$110,414.73    $55,000.00

---

**2.1 37**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway Richardson, TX 75082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9187**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$110,414.73    $55,000.00

---

**2.1 38**

**BMO Harris Bank**
Creditor's Name

**300 E. John Carpenter Freeway Richardson, TX 75082**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9188**

Describe the lien
**Purchase Money Security**

$110,414.73    $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|--------|--------|--------|--------|--------|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 39**

**BMO Harris Bank**

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9189**

Describe the lien
**Purchase Money Security**

$110,414.73       $55,000.00

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 40**

**BMO Harris Bank**

Creditor's Name

**300 E. John Carpenter Freeway**
**Richardson, TX 75082**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9190**

Describe the lien
**Purchase Money Security**

$110,414.73       $55,000.00

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 41** | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John Carpenter
Freeway
Richardson, TX 75082**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN
2293**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 42** | **BMO Transportation
Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE
Cedar Rapids, IA 52411**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN
2295**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 43** | **BMO Transportation
Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE
Cedar Rapids, IA 52411**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN
2297**

**Describe the lien**
**Purchase Money Security**

---

Debtor    **Truck & Trailer Leasing Avenue LLC**                                    Case number (if known)    **24-04137**
_____
Name

Is the creditor an insider or related party?

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 44 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien **2022 Great Dane Dry Van Last Four of VIN 2298** | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE
Cedar Rapids, IA 52411**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 45 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien **2022 Great Dane Dry Van Last Four of VIN 2301** | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE
Cedar Rapids, IA 52411**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 46 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 2302**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 47 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 2303**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 48 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 2305**

**Describe the lien**
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 49 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Great Dane Dry Van Last Four of VIN 2307**

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 50 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Great Dane Dry Van Last Four of VIN 2308**

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.1 51 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 2310**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 52 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 2311**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 53 | **BMO Transportation Finance** | Describe debtor's property that is subject to a lien | $19,185.78 | $27,000.00 |

Creditor's Name

**3925 Fountains Blvd, NE Cedar Rapids, IA 52411**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 2312**

**Describe the lien**
**Purchase Money Security**

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 54 | **BMO Transportation Finance** | **Describe debtor's property that is subject to a lien** | $19,185.78 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Great Dane Dry Van Last Four of VIN 2317** | | |

**3925 Fountains Blvd, NE**
**Cedar Rapids, IA 52411**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 55 | **Daimler Truck Finance** | **Describe debtor's property that is subject to a lien** | $115,717.46 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9191** | | |

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 56 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $115,717.46 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN -
9192**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 57 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $115,717.46 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN -
9193**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 58 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $177,652.65 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**2024 Freightliner Cascadia Last Four of VIN -
4973**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 59 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $177,652.65 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**2024 Freightliner Cascadia Last Four of VIN - 4974**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 60 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $177,652.65 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**2024 Freightliner Cascadia Last Four of VIN - 4975**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
61**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN -
4976**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$177,652.65**   **$120,000.00**

---

**2.1
62**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN -
4977**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$177,652.65**   **$120,000.00**

---

**2.1
63**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN -
4978**

Describe the lien

**$177,652.65**   **$120,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 64 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $177,652.65 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

Creditor's mailing address

**2024 Freightliner Cascadia Last Four of VIN - 4979**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 65 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $177,652.65 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

Creditor's mailing address

**2024 Freightliner Cascadia Last Four of VIN - 4980**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
66**

**Daimler Truck Finance**

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2024 Freightliner Cascadia Last Four of VIN -
4981**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$177,652.65          $120,000.00

---

**2.1
67**

**Daimler Truck Finance**

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2024 Freightliner Cascadia Last Four of VIN -
4982**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$177,652.65          $120,000.00

---

**2.1
68**

**Daimler Truck Finance**

Creditor's Name

**PO Box 4160
Carol Stream, IL 60197**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 Freightliner Cascadia Last Four of VIN -
4983**

**Describe the lien**

**Purchase Money Security**

$177,652.65          $120,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 69 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $161,621.81 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

**2024 Freightliner Cascadia Last Four of VIN - 5555**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 70 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $176,143.83 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

**2023 Freightliner Cascadia Last Four of VIN - 6493**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 71**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN - 6494**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$176,144.83**    **$110,000.00**

---

**2.1 72**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN - 6495**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$176,145.83**    **$110,000.00**

---

**2.1 73**

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN - 3473**

Describe the lien
**Purchase Money Security**

**$179,280.02**    **$120,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?
■ No
☐ Yes

_Creditor's email address, if known_

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 74 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $179,281.02 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

**2024 Freightliner Cascadia Last Four of VIN - 3474**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

_Creditor's email address, if known_

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 75 | **Daimler Truck Finance** | Describe debtor's property that is subject to a lien | $179,282.02 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**

**2024 Freightliner Cascadia Last Four of VIN - 3475**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

_Creditor's email address, if known_

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 76 | | | | |
|---|---|---|---|---|

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN - 4984**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$169,603.40          $120,000.00

---

| 2.1 77 | | | | |
|---|---|---|---|---|

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN - 4985**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$169,603.40          $120,000.00

---

| 2.1 78 | | | | |
|---|---|---|---|---|

**Daimler Truck Finance**
Creditor's Name

**PO Box 4160**
**Carol Stream, IL 60197**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 Freightliner Cascadia Last Four of VIN - 4987**

Describe the lien
**Purchase Money Security**

$170,032.20          $120,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 79 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 International LT625 Last Four of VIN - 5901**

**$161,979.58**   **$75,000.00**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 80 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2023 International LT626 Last Four of VIN - 5905**

**$161,979.58**   **$75,000.00**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 81 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$161,979.58** | **$75,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2023 International LT627 Last Four of VIN -
5906**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 82 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$164,002.91** | **$75,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2024 International LT628 Last Four of VIN -
5902**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 83 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$164,002.91** | **$75,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2024 International LT629 Last Four of VIN -
5911**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 84**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 International LT630 Last Four of VIN - 9087**

$164,002.91   $75,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 85**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 International LT631 Last Four of VIN - 9088**

$164,002.91   $75,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 74 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
86**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2024 International LT632 Last Four of VIN -
9089**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$164,002.91      $75,000.00

---

**2.1
87**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2024 International LT633 Last Four of VIN -
9090**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$164,002.91      $75,000.00

---

**2.1
88**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 International LT634 Last Four of VIN -
9091**

Describe the lien
**Purchase Money Security**

$164,002.91      $75,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 89 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $46,487.17 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Great Dane Dry Van Last Four of VIN 5002** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 90 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $46,487.17 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Great Dane Dry Van Last Four of VIN 0015** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 91**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 0017**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,487.17    $25,000.00

---

**2.1 92**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 0018**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,487.17    $25,000.00

---

**2.1 93**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 0019**

**Describe the lien**
**Purchase Money Security**

$46,487.17    $25,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 94 | **De Lage Landen Fin Svs** | | $46,487.17 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Great Dane Dry Van Last Four of VIN 0020**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 95 | **De Lage Landen Fin Svs** | | $49,487.17 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Great Dane Dry Van Last Four of VIN 0021**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (*if known*) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
96**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Great Dane Dry Van Last Four of VIN
0014**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,372.62        $25,000.00

---

**2.1
97**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Wabash Dry Van Last Four of VIN 2478**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,372.62        $27,000.00

---

**2.1
98**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Wabash Dry Van Last Four of VIN 2479**

Describe the lien
**Purchase Money Security**

$43,372.62        $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 99 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,372.62 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Wabash Dry Van Last Four of VIN 2480** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 00 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,372.62 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Wabash Dry Van Last Four of VIN 2481** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 01**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Wabash Dry Van Last Four of VIN 2483**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,372.62          $27,000.00

---

**2.2 02**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Wabash Dry Van Last Four of VIN 2484**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,372.62          $27,000.00

---

**2.2 03**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Wabash Dry Van Last Four of VIN 2485**

**Describe the lien**

**Purchase Money Security**

$43,372.62          $27,000.00

---

| | |
|---|---|
| Debtor | **Truck & Trailer Leasing Avenue LLC** |
| | Name |

Case number *(if known)*    **24-04137**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 04 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,372.62** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2022 Wabash Dry Van Last Four of VIN 2486**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 05 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,372.62** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2022 Wabash Dry Van Last Four of VIN 2487**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 06 | **De Lage Landen Fin Svs** | **Describe debtor's property that is subject to a lien** | **$43,372.62** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2022 Wabash Dry Van Last Four of VIN 2489**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 07 | **De Lage Landen Fin Svs** | **Describe debtor's property that is subject to a lien** | **$43,372.62** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2022 Wabash Dry Van Last Four of VIN 2490**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 08 | **De Lage Landen Fin Svs** | **Describe debtor's property that is subject to a lien** | **$43,372.62** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2022 Wabash Dry Van Last Four of VIN 2491**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 09 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,372.62 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Wabash Dry Van Last Four of VIN 2492** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 10 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,372.62 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Wabash Dry Van Last Four of VIN 2494** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 11 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5003**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 12 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5004**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 13 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5005**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 14 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5006**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 15 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5007**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 16 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5008**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 17 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5009**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 18 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5010**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 19 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

**2022 Great Dane Dry Van Last Four of VIN 5011**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 20 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

**2022 Great Dane Dry Van Last Four of VIN 5012**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.2 21**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5013**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$44,037.92      $27,000.00

---

**2.2 22**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5014**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$44,037.92      $27,000.00

---

**2.2 23**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5015**

Describe the lien
**Purchase Money Security**

$44,037.92      $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 24 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5016**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 25 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $44,037.92 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5017**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 26**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5018**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,037.92     $27,000.00

---

**2.2 27**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5019**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,037.92     $27,000.00

---

**2.2 28**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5020**

Describe the lien
**Purchase Money Security**

$44,037.92     $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 29**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5021**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,694.03     $27,000.00

---

**2.2 30**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5022**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$43,296.21     $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 31**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5023**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,296.21        $27,000.00

---

**2.2 32**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5024**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,296.21        $27,000.00

---

**2.2 33**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5025**

Describe the lien
**Purchase Money Security**

$43,296.21        $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 34 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5026**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,296.21     $27,000.00

---

| 2.2 35 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5027**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$43,296.21     $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 36 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,296.21** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5028**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 37 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,296.21** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5029**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 38 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,296.21** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5030**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 39 | **De Lage Landen Fin Svs** | | $43,296.21 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5031**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 40 | **De Lage Landen Fin Svs** | | $43,296.21 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN 5032**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

**2.2 41** | **De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5033**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,296.21      $27,000.00

---

**2.2 42** | **De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5034**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,296.21      $27,000.00

---

**2.2 43** | **De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Great Dane Dry Van Last Four of VIN 5035**

**Describe the lien**
**Purchase Money Security**

$43,296.21      $27,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 97 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 44 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,296.21** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2022 Great Dane Dry Van Last Four of VIN 5036**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 45 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,296.21** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2022 Great Dane Dry Van Last Four of VIN 5037**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 46**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN
5038**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,296.21**          **$27,000.00**

---

**2.2 47**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Great Dane Dry Van Last Four of VIN
5039**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,296.21**          **$27,000.00**

---

**2.2 48**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 5737**

Describe the lien
**Purchase Money Security**

**$43,181.61**          **$25,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 49 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien **2021 Wabash Dry Van Last Four of VIN 5738** | **$43,181.61** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 50 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien **2021 Wabash Dry Van Last Four of VIN 5735** | **$43,181.61** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 51**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Wabash Dry Van Last Four of VIN 5736**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,181.61 | $25,000.00

---

**2.2 52**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Wabash Dry Van Last Four of VIN 2475**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,181.61 | $27,000.00

---

**2.2 53**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Wabash Dry Van Last Four of VIN 2476**

Describe the lien
**Purchase Money Security**

$43,181.61 | $27,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 54 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien **2022 Great Dane Dry Van Last Four of VIN 5040** | $43,181.61 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 55 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien **2022 Great Dane Dry Van Last Four of VIN 5041** | $43,181.61 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 56 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,181.61 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Great Dane Dry Van Last Four of VIN 5042** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 57 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,181.61 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Great Dane Dry Van Last Four of VIN 5043** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 58 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,181.61 | $27,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Great Dane Dry Van Last Four of VIN 5044** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 59 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,181.61 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5045**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 60 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $43,181.61 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5046**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 61 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,181.61** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5047**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 62 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,181.61** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5048**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 63 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,181.61** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2022 Great Dane Dry Van Last Four of VIN 5049**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 64 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,181.61** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2022 Great Dane Dry Van Last Four of VIN 5050**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 65 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$43,181.61** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

**2022 Great Dane Dry Van Last Four of VIN 5051**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 66 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Vanguard Van Last Four of VIN 4112** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 67 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Vanguard Van Last Four of VIN 4113** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 68 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Vanguard Van Last Four of VIN 4114** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 69 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**2023 Vanguard Van Last Four of VIN 4115**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 70 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**2023 Vanguard Van Last Four of VIN 4116**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 71 | **De Lage Landen Fin Svs** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4117**

$35,078.13          $28,000.00

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 72 | **De Lage Landen Fin Svs** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4118**

$35,078.13          $28,000.00

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 73 | **De Lage Landen Fin Svs** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4119**

$35,078.13          $28,000.00

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|--------|----------------------------------------|------------------------|--------------|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 74 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4120**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 75 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4121**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 76**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4122**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,078.13          $28,000.00

---

**2.2 77**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4123**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,078.13          $28,000.00

---

**2.2 78**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4124**

Describe the lien
**Purchase Money Security**

$35,078.13          $28,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 79 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2022 Vanguard Van Last Four of VIN 4125** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 80 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Vanguard Van Last Four of VIN 4126** | | |

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 81 | **De Lage Landen Fin Svs** | | **Describe debtor's property that is subject to a lien** | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4127**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 82 | **De Lage Landen Fin Svs** | | **Describe debtor's property that is subject to a lien** | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4128**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 83 | **De Lage Landen Fin Svs** | | **Describe debtor's property that is subject to a lien** | **$35,078.13** | **$28,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4129**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 84 | De Lage Landen Fin Svs | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4130**

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 85 | De Lage Landen Fin Svs | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4131**

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
□ Unliquidated
□ Disputed

---

**2.2 86**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4132**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
□ Yes
Is anyone else liable on this claim?
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$35,078.13    $28,000.00

---

**2.2 87**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4133**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
□ Yes
Is anyone else liable on this claim?
□ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$35,078.13    $28,000.00

---

**2.2 88**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4134**

Describe the lien
**Purchase Money Security**

$35,078.13    $28,000.00

---

Debtor   **Truck & Trailer Leasing Avenue LLC**
Name

Case number (if known)   **24-04137**

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 89 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4135**

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 90 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4136**

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 91 | **De Lage Landen Fin Svs** | | |
| --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**   $35,078.13   $28,000.00
**2023 Vanguard Van Last Four of VIN 4137**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 92 | **De Lage Landen Fin Svs** | | |
| --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**   $35,078.13   $28,000.00
**2023 Vanguard Van Last Four of VIN 4138**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 93 | **De Lage Landen Fin Svs** | | |
| --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**   $35,078.13   $28,000.00
**2023 Vanguard Van Last Four of VIN 4139**

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.2 94**

**De Lage Landen Fin Svs**

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2023 Vanguard Van Last Four of VIN 4140**

$35,078.13    $28,000.00

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.2 95**

**De Lage Landen Fin Svs**

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2023 Vanguard Van Last Four of VIN 4141**

$35,078.13    $28,000.00

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 96**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4142**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$35,078.13    $28,000.00

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 97**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4143**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$35,078.13    $28,000.00

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 98**

**De Lage Landen Fin Svs**
Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Vanguard Van Last Four of VIN 4144**

**Describe the lien**
**Purchase Money Security**

$35,078.13    $28,000.00

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 99 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4145**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 00 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |

Creditor's Name

**2023 Vanguard Van Last Four of VIN 4146**

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Truck & Trailer Leasing Avenue LLC**

Name

Case number (if known)    **24-04137**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 01 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4147**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,078.13**    **$28,000.00**

---

| 2.3 02 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4148**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,078.13**    **$28,000.00**

---

| 2.3 03 | **De Lage Landen Fin Svs** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Vanguard Van Last Four of VIN 4149**

Describe the lien
**Purchase Money Security**

**$35,078.13**    **$28,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 04 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $35,078.13 | $28,000.00 |
| | Creditor's Name | **2023 Vanguard Van Last Four of VIN 4150** | | |

**1111 Old Eagle School Rd**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 05 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
| | Creditor's Name | **2023 Reitnouer Conestoga Last Four of VIN 3870** | | |

**1111 Old Eagle School Rd**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(if known)* | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 06 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3884**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 07 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3871**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 08 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3885**

**Describe the lien**
**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 09 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3886**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 10 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3887**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 11 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Reitnouer Conestoga Last Four of VIN 3888** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 12 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Reitnouer Conestoga Last Four of VIN 3889** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 13 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Reitnouer Conestoga Last Four of VIN 3890** | | |

**1111 Old Eagle School Rd Wayne, PA 19087**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
|---|---|

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 14 | **De Lage Landen Fin Svs** | Describe debtor's property that is subject to a lien | $66,251.29 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3891**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
|---|---|

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 15 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $103,918.10 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9172**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
|---|---|

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.3 16**

| | | | |
|---|---|---|---|
| **Flagstar Financial** | Describe debtor's property that is subject to a lien | $103,918.10 | $55,000.00 |

Creditor's Name

**2022 Freightliner Cascadia Last Four of VIN - 9173**

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.3 17**

| | | | |
|---|---|---|---|
| **Flagstar Financial** | Describe debtor's property that is subject to a lien | $103,918.10 | $55,000.00 |

Creditor's Name

**2022 Freightliner Cascadia Last Four of VIN - 9175**

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.3 18**

| | | | |
|---|---|---|---|
| **Flagstar Financial** | Describe debtor's property that is subject to a lien | $103,918.10 | $55,000.00 |

Creditor's Name

**2022 Freightliner Cascadia Last Four of VIN - 9154**

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.3 19**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9159**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$103,918.10    $55,000.00

---

**2.3 20**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9161**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$103,918.10    $55,000.00

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 21**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9169**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$103,918.10    $55,000.00

---

**2.3 22**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Freightliner Cascadia Last Four of VIN - 3893**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$152,011.48    $65,000.00

---

**2.3 23**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Freightliner Cascadia Last Four of VIN - 3894**

**Describe the lien**
**Purchase Money Security**

$152,011.48    $65,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 24 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $152,011.48 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Freightliner Cascadia Last Four of VIN - 3895**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 25 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $152,011.48 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**2023 Freightliner Cascadia Last Four of VIN - 3889**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 26 | | | |
|---|---|---|---|

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN -
3890**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$152,011.48        $65,000.00

---

| 2.3 27 | | | |
|---|---|---|---|

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN -
3891**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$152,011.48        $65,000.00

---

| 2.3 28 | | | |
|---|---|---|---|

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Freightliner Cascadia Last Four of VIN -
3892**

Describe the lien
**Purchase Money Security**

$152,011.48        $65,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 29 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $152,011.48 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 International LT625 Last Four of VIN - 5897**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 30 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $152,011.48 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 International LT625 Last Four of VIN - 5898**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 31**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 International LT625 Last Four of VIN - 5899**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$152,011.48        $75,000.00

---

**2.3 32**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 International LT625 Last Four of VIN - 5900**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$152,011.48        $75,000.00

---

**2.3 33**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Reitnouer Conestoga Last Four of VIN 3864**

Describe the lien
**Purchase Money Security**

$71,259.91        $60,000.00

---

Debtor   **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)   **24-04137**
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 34 | **Flagstar Financial** | **Describe debtor's property that is subject to a lien** | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN
3865**
_____

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 35 | **Flagstar Financial** | **Describe debtor's property that is subject to a lien** | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN
3866**
_____

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number (if known) | **24-04137** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 36 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3867**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 37 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3868**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 38 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3869**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 39 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3872**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 40 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,259.91 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**
Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3873**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 41**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2023 Reitnouer Conestoga Last Four of VIN
3892**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,251.29    $60,000.00

---

**2.3 42**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2023 Reitnouer Conestoga Last Four of VIN
3893**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$71,270.59    $60,000.00

---

**2.3 43**

**Flagstar Financial**
Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Reitnouer Conestoga Last Four of VIN
3894**

Describe the lien
**Purchase Money Security**

$71,270.59    $60,000.00

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 44 | **Flagstar Financial** | | $71,270.59 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3895**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 45 | **Flagstar Financial** | | $71,270.59 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC**
**222 N. Lasalle St., #2400**
**Chicago, IL 60601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2023 Reitnouer Conestoga Last Four of VIN 3902**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 46 | **Flagstar Financial** | Describe debtor's property that is subject to a lien | $71,270.59 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601**

Creditor's mailing address

**2023 Reitnouer Conestoga Last Four of VIN 3903**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 47 | **M&T Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o UB Greensfelder LLP
200 W. Madison, Ste. 3300
Chicago, IL 60606**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 48 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9116**

Describe the lien

**Purchase Money Security**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.3 49**

**People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9117**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$97,784.85 | $55,000.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.3 50**

**People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9118**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$97,784.85 | $55,000.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 51 | **People's Capital and Leasing Corp** | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9119**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 52 | **People's Capital and Leasing Corp** | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9120**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 53 | **People's Capital and Leasing Corp** | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9121**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 54 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

**2022 Freightliner Cascadia Last Four of VIN - 9122**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 55 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

**2022 Freightliner Cascadia Last Four of VIN - 9123**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 56 | **People's Capital and Leasing Corp** | | | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9124**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 57 | **People's Capital and Leasing Corp** | | | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9125**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 58 | **People's Capital and Leasing Corp** | | | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9126**

**Describe the lien**
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 59 | **People's Capital and Leasing Corp** | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9127**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 60 | **People's Capital and Leasing Corp** | | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9128**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 61** **People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9129**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$97,784.85     $55,000.00

---

**2.3 62** **People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9130**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$97,784.85     $55,000.00

---

**2.3 63** **People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 9131**

Describe the lien
**Purchase Money Security**

$97,784.85     $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 64**

**People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9132**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$97,784.85**    **$55,000.00**

---

**2.3 65**

**People's Capital and Leasing Corp**
Creditor's Name

**850 Main St. BC-03 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9133**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$97,784.85**    **$55,000.00**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 66 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN -
9135**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☐ Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 67 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $97,784.85 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN -
9136**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 68 | **People's Capital and Leasing Corp** | Describe debtor's property that is subject to a lien | $88,441.34 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Main St. BC-03
Bridgeport, CT 06604**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN -
9134**

Describe the lien
**Purchase Money Security**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 69 | **Siemens Financial Services** | Describe debtor's property that is subject to a lien | $48,110.34 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name
**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

**2020 Freightliner Cascadia Last Four of VIN - 3768**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 70 | **Siemens Financial Services** | Describe debtor's property that is subject to a lien | $88,441.34 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name
**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 9114**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 71 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | **$88,441.34** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**301 Lindenwood Dr., Ste. 215
Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
2022 Freightliner Cascadia Last Four of VIN - 9115**

**Describe the lien
Purchase Money Security**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 72 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | **$88,441.34** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**301 Lindenwood Dr., Ste. 215
Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
2022 Freightliner Cascadia Last Four of VIN - 9142**

**Describe the lien
Purchase Money Security**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 73 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | **$132,634.18** | **$75,000.00** |
|---|---|---|---|---|

---

Debtor   **Truck & Trailer Leasing Avenue LLC**
_____
Name

Case number (if known)   **24-04137**
_____

---

Creditor's Name
_____

**301 Lindenwood Dr., Ste. 215
Plymouth Meeting, PA 19462**

Creditor's mailing address
_____

**2023 International LT625 Last Four of VIN - 4565**
_____

**Describe the lien**
**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 74 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | $132,634.48 | $75,000.00 |

Creditor's Name
_____

**301 Lindenwood Dr., Ste. 215
Plymouth Meeting, PA 19462**

Creditor's mailing address
_____

**2023 International LT625 Last Four of VIN - 4566**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 75 | **Siemens Financial Services** | **Describe debtor's property that is subject to a lien** | $14,629.59 | $25,000.00 |

Creditor's Name
_____

**301 Lindenwood Dr., Ste. 215
Plymouth Meeting, PA 19462**

Creditor's mailing address
_____

**2021 Great Dane Dry Van Last Four of VIN 3922**
_____

**Describe the lien**
**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 76 | **Siemens Financial Services** | Describe debtor's property that is subject to a lien | $14,629.59 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 3923**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 77 | **Siemens Financial Services** | Describe debtor's property that is subject to a lien | $14,629.59 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 3924**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|---|---|---|---|

Name

---

**2.3 78**

**Siemens Financial Services**
Creditor's Name

**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 3925**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,629.59        $25,000.00

---

**2.3 79**

**Siemens Financial Services**
Creditor's Name

**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 3926**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,629.59        $25,000.00

---

**2.3 80**

**Siemens Financial Services**
Creditor's Name

**301 Lindenwood Dr., Ste. 215**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2021 Great Dane Dry Van Last Four of VIN 3927**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

$14,629.59        $25,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 81 | **TAB Bank** | Describe debtor's property that is subject to a lien | $102,017.58 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**4185 Harrison Blvd**
**Ogden, UT 84403**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 3938**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 82 | **TAB Bank** | Describe debtor's property that is subject to a lien | $102,017.58 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**4185 Harrison Blvd**
**Ogden, UT 84403**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 3935**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

---

**2.3 83**

**TAB Bank**
Creditor's Name

**4185 Harrison Blvd
Ogden, UT 84403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 3940**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$102,017.58        $55,000.00

---

**2.3 84**

**TAB Bank**
Creditor's Name

**4185 Harrison Blvd
Ogden, UT 84403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 4164**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$102,017.58        $55,000.00

---

**2.3 85**

**TAB Bank**
Creditor's Name

**4185 Harrison Blvd
Ogden, UT 84403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**2022 Freightliner Cascadia Last Four of VIN - 3936**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$102,017.58        $55,000.00

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 86 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | **$102,017.58** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**4185 Harrison Blvd
Ogden, UT 84403**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 3934**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 87 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | **$102,017.58** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**4185 Harrison Blvd
Ogden, UT 84403**

Creditor's mailing address

**2022 Freightliner Cascadia Last Four of VIN - 3937**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 88 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | **$102,017.58** | **$55,000.00** |
|---|---|---|---|---|

Debtor    **Truck & Trailer Leasing Avenue LLC**                    Case number (if known)    **24-04137**
          Name

| Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 3939** |
|---|---|

**4185 Harrison Blvd**
**Ogden, UT 84403**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 89 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | $102,017.58 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Freightliner Cascadia Last Four of VIN - 3851**

**4185 Harrison Blvd**
**Ogden, UT 84403**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 90 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | $102,017.58 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Freightliner Cascadia Last Four of VIN - 4013**

**4185 Harrison Blvd**
**Ogden, UT 84403**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 91 | **TBK Bank, SSB** | | **$88,585.60** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**12700 Park Central Drive**
**Dallas, TX 75251**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9106**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 92 | **TBK Bank, SSB** | | **$88,585.60** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**12700 Park Central Drive**
**Dallas, TX 75251**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9111**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 93 | **TBK Bank, SSB** | | **$88,585.60** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**12700 Park Central Drive**
**Dallas, TX 75251**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Freightliner Cascadia Last Four of VIN - 9110**

**Describe the lien**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 157 of 160

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|
| | Name | | |

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 94 | **TBK Bank, SSB** | **Describe debtor's property that is subject to a lien** | $88,585.60 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9113** | | |

**12700 Park Central Drive**
**Dallas, TX 75251**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 95 | **TBK Bank, SSB** | **Describe debtor's property that is subject to a lien** | $88,585.60 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Freightliner Cascadia Last Four of VIN - 9112** | | |

**12700 Park Central Drive**
**Dallas, TX 75251**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | Truck & Trailer Leasing Avenue LLC | Case number (if known) | 24-04137 |
|--------|-------|------|------|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 96 | Webster Capital Finance, Inc. | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o UB Greensfelder LLP
200 W. Madison, Ste. 3300
Chicago, IL 60606**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 97 | Wells Fargo Equip. Finance | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**600 South 4th St.
Minneapolis, MN 55415**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $30,145,839.66 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number (if known) | **24-04137** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chuhak & Tecson, PC**<br>**120 S. Riverside, Ste. 1700**<br>**Chicago, IL 60606** | Line **2.123** | |
| **Darcy & Devassy - Randall Woolley**<br>**444 N. Michigan Ave**<br>**Ste. 3270**<br>**Chicago, IL 60611** | Line **2.179** | |
| **King & Jones**<br>**70 W. Madison St., #3970**<br>**Chicago, IL 60602** | Line **2.1** | |
| **Reed Smith**<br>**10 S. Wacker Dr., Ste. 4000**<br>**Chicago, IL 60606** | Line **2.397** | |
| **Sharon Stolte**<br>**Sandberg Phoenix**<br>**4600 Madison Avenue, Suite 1000**<br>**Kansas City, MO 64112** | Line **2.1** | |
| **Stinson LLP - Benjamin Court**<br>**50 S. Sixth St., Ste. 2600**<br>**Minneapolis, MN 55402** | Line **2.18** | |

**Fill in this information to identify the case:**

Debtor name **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **24-04137**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** ____ | ☐ Disputed | |
| | **Last 4 digits of account number** ____ | **Basis for the claim:** _____ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name  **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-04137**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name        **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-04137**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| | | |

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D    **2.18**  ☐ E/F _____  ☐ G _____ |
| 2.2 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **BMO Harris Bank** | ■ D    **2.123**  ☐ E/F _____  ☐ G _____ |
| 2.3 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Daimler Truck Finance** | ■ D    **2.155**  ☐ E/F _____  ☐ G _____ |
| 2.4 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D    **2.179**  ☐ E/F _____  ☐ G _____ |
| 2.5 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Flagstar Financial** | ■ D    **2.315**  ☐ E/F _____  ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.6 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | M&T Capital and Leasing Corp | ■ D __2.347__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | People's Capital and Leasing Corp | ■ D __2.348__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Siemens Financial Services | ■ D __2.369__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | TAB Bank | ■ D __2.381__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | TBK Bank, SSB | ■ D __2.391__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Webster Capital Finance, Inc. | ■ D __2.396__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Wells Fargo Equip. Finance | ■ D __2.397__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | TAB Bank | ■ D __2.382__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.14  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TAB Bank** | ■ D  __2.383__<br>☐ E/F ____<br>☐ G ____ |
| 2.15  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TBK Bank, SSB** | ■ D  __2.392__<br>☐ E/F ____<br>☐ G ____ |
| 2.16  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TBK Bank, SSB** | ■ D  __2.393__<br>☐ E/F ____<br>☐ G ____ |
| 2.17  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TBK Bank, SSB** | ■ D  __2.394__<br>☐ E/F ____<br>☐ G ____ |
| 2.18  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TBK Bank, SSB** | ■ D  __2.395__<br>☐ E/F ____<br>☐ G ____ |
| 2.19  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TAB Bank** | ■ D  __2.384__<br>☐ E/F ____<br>☐ G ____ |
| 2.20  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TAB Bank** | ■ D  __2.385__<br>☐ E/F ____<br>☐ G ____ |
| 2.21  **Sergiu Tintiuc**  16830 Chicago Ave. Lansing, IL 60438 | **TAB Bank** | ■ D  __2.386__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **TAB Bank** | ■ D ___**2.387**___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **TAB Bank** | ■ D ___**2.388**___ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **TAB Bank** | ■ D ___**2.389**___ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **TAB Bank** | ■ D ___**2.390**___ ☐ E/F _____ ☐ G _____ |
| 2.26 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D ___**2.349**___ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D ___**2.350**___ ☐ E/F _____ ☐ G _____ |
| 2.28 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D ___**2.351**___ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D ___**2.352**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.353__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.354__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.355__ ☐ E/F ____ ☐ G ____ |
| 2.33 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.356__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.357__ ☐ E/F ____ ☐ G ____ |
| 2.35 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.358__ ☐ E/F ____ ☐ G ____ |
| 2.36 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.359__ ☐ E/F ____ ☐ G ____ |
| 2.37 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **People's Capital and Leasing Corp** | ■ D  __2.360__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
| --- | --- | --- | --- |

---

█  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | | | |
| --- | --- | --- | --- |
| 2.38 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.361__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.362__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.363__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.364__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.365__<br>☐ E/F ____<br>☐ G ____ |
| 2.43 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.366__<br>☐ E/F ____<br>☐ G ____ |
| 2.44 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and<br>Leasing Corp | ■ D __2.367__<br>☐ E/F ____<br>☐ G ____ |
| 2.45 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial<br>Services | ■ D __2.370__<br>☐ E/F ____<br>☐ G ____ |

---

Debtor    **Truck & Trailer Leasing Avenue LLC**    Case number *(if known)*    **24-04137**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.46 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.371__<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | People's Capital and Leasing Corp | ■ D __2.368__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.372__<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D  __2.24__ ☐ E/F ____ ☐ G ____ |
| 2.55 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D  __2.25__ ☐ E/F ____ ☐ G ____ |
| 2.56 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D  __2.26__ ☐ E/F ____ ☐ G ____ |
| 2.57 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D  __2.27__ ☐ E/F ____ ☐ G ____ |
| 2.58 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D  __2.28__ ☐ E/F ____ ☐ G ____ |
| 2.59 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Flagstar Financial** | ■ D  __2.316__ ☐ E/F ____ ☐ G ____ |
| 2.60 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Flagstar Financial** | ■ D  __2.317__ ☐ E/F ____ ☐ G ____ |
| 2.61 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Flagstar Financial** | ■ D  __2.318__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Flagstar Financial | ■ D __2.319__ ☐ E/F _____ ☐ G _____ |
| 2.63 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Flagstar Financial | ■ D __2.320__ ☐ E/F _____ ☐ G _____ |
| 2.64 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Flagstar Financial | ■ D __2.321__ ☐ E/F _____ ☐ G _____ |
| 2.65 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Arvest Equip Finance | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.66 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Arvest Equip Finance | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.67 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Arvest Equip Finance | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.68 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Arvest Equip Finance | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.69 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Arvest Equip Finance | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor   **Truck & Trailer Leasing Avenue LLC**                Case number *(if known)*   **24-04137**

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.70 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.71 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.73 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.74 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.75 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.76 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.77 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.78 | **Sergiu Tintiuc** | **16830 Chicago Ave.** | **Arvest Equip Finance** | ■ D __2.14__ <br> ☐ E/F ____ <br> ☐ G ____ |
| | | **Lansing, IL 60438** | | |
| 2.79 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.15__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.80 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.16__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.81 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **Arvest Equip Finance** | ■ D __2.17__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.82 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **BMO Harris Bank** | ■ D __2.124__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.83 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **BMO Harris Bank** | ■ D __2.125__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.84 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **BMO Harris Bank** | ■ D __2.126__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.85 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **BMO Harris Bank** | ■ D __2.127__ <br> ☐ E/F ____ <br> ☐ G ____ |

Debtor   **Truck & Trailer Leasing Avenue LLC**                              Case number *(if known)*   **24-04137**

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                  Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.86 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.128__<br>☐ E/F _____<br>☐ G _____ |
| 2.87 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.129__<br>☐ E/F _____<br>☐ G _____ |
| 2.88 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.130__<br>☐ E/F _____<br>☐ G _____ |
| 2.89 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.131__<br>☐ E/F _____<br>☐ G _____ |
| 2.90 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.132__<br>☐ E/F _____<br>☐ G _____ |
| 2.91 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.133__<br>☐ E/F _____<br>☐ G _____ |
| 2.92 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.134__<br>☐ E/F _____<br>☐ G _____ |
| 2.93 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **BMO Harris Bank** | ■ D  __2.135__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**▉ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.94 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __**2.136**__<br>☐ E/F _____<br>☐ G _____ |
|------|----------------|------------------------------------------|------------------|------------------------|
| 2.95 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __**2.137**__<br>☐ E/F _____<br>☐ G _____ |
| 2.96 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __**2.138**__<br>☐ E/F _____<br>☐ G _____ |
| 2.97 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __**2.139**__<br>☐ E/F _____<br>☐ G _____ |
| 2.98 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __**2.140**__<br>☐ E/F _____<br>☐ G _____ |
| 2.99 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __**2.156**__<br>☐ E/F _____<br>☐ G _____ |
| 2.100 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __**2.157**__<br>☐ E/F _____<br>☐ G _____ |
| 2.101 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __**2.29**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

### Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.102 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.30**___<br>☐ E/F _____<br>☐ G _____ |
| 2.103 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.31**___<br>☐ E/F _____<br>☐ G _____ |
| 2.104 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.32**___<br>☐ E/F _____<br>☐ G _____ |
| 2.105 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.33**___<br>☐ E/F _____<br>☐ G _____ |
| 2.106 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.34**___<br>☐ E/F _____<br>☐ G _____ |
| 2.107 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___**2.35**___<br>☐ E/F _____<br>☐ G _____ |
| 2.108 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D ___**2.373**___<br>☐ E/F _____<br>☐ G _____ |
| 2.109 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D ___**2.374**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.322__<br>☐ E/F ____<br>☐ G ____ |
| 2.111 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.323__<br>☐ E/F ____<br>☐ G ____ |
| 2.112 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.324__<br>☐ E/F ____<br>☐ G ____ |
| 2.113 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.325__<br>☐ E/F ____<br>☐ G ____ |
| 2.114 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.326__<br>☐ E/F ____<br>☐ G ____ |
| 2.115 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.327__<br>☐ E/F ____<br>☐ G ____ |
| 2.116 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.328__<br>☐ E/F ____<br>☐ G ____ |
| 2.117 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.36__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.118 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.37__<br>☐ E/F _____<br>☐ G _____ |
| 2.119 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.38__<br>☐ E/F _____<br>☐ G _____ |
| 2.120 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.39__<br>☐ E/F _____<br>☐ G _____ |
| 2.121 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.40__<br>☐ E/F _____<br>☐ G _____ |
| 2.122 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.41__<br>☐ E/F _____<br>☐ G _____ |
| 2.123 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.42__<br>☐ E/F _____<br>☐ G _____ |
| 2.124 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.43__<br>☐ E/F _____<br>☐ G _____ |
| 2.125 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.44__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.126 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.329__<br>☐ E/F _____<br>☐ G _____ |
| 2.127 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.330__<br>☐ E/F _____<br>☐ G _____ |
| 2.128 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.331__<br>☐ E/F _____<br>☐ G _____ |
| 2.129 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.332__<br>☐ E/F _____<br>☐ G _____ |
| 2.130 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.180__<br>☐ E/F _____<br>☐ G _____ |
| 2.131 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.181__<br>☐ E/F _____<br>☐ G _____ |
| 2.132 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.182__<br>☐ E/F _____<br>☐ G _____ |
| 2.133 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.183__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.134 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.184__<br>☐ E/F _____<br>☐ G _____ |
| 2.135 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.185__<br>☐ E/F _____<br>☐ G _____ |
| 2.136 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.186__<br>☐ E/F _____<br>☐ G _____ |
| 2.137 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.187__<br>☐ E/F _____<br>☐ G _____ |
| 2.138 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.188__<br>☐ E/F _____<br>☐ G _____ |
| 2.139 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.45__<br>☐ E/F _____<br>☐ G _____ |
| 2.140 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.46__<br>☐ E/F _____<br>☐ G _____ |
| 2.141 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.47__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 2 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Bank Midwest - NBH** | ■ D __2.48__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 3 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.158__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 4 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.159__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 5 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.160__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 6 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.161__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 7 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.162__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 8 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.163__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 9 | **Sergiu Tintiuc** | 16830 Chicago Ave.<br>Lansing, IL 60438 | **Daimler Truck Finance** | ■ D __2.164__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.150 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.165__<br>☐ E/F _____<br>☐ G _____ |
| 2.151 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.166__<br>☐ E/F _____<br>☐ G _____ |
| 2.152 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.167__<br>☐ E/F _____<br>☐ G _____ |
| 2.153 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.168__<br>☐ E/F _____<br>☐ G _____ |
| 2.154 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.169__<br>☐ E/F _____<br>☐ G _____ |
| 2.155 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.170__<br>☐ E/F _____<br>☐ G _____ |
| 2.156 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.171__<br>☐ E/F _____<br>☐ G _____ |
| 2.157 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.172__<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.158 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.173__<br>☐ E/F ____<br>☐ G ____ |
| 2.159 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.174__<br>☐ E/F ____<br>☐ G ____ |
| 2.160 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.175__<br>☐ E/F ____<br>☐ G ____ |
| 2.161 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.176__<br>☐ E/F ____<br>☐ G ____ |
| 2.162 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.177__<br>☐ E/F ____<br>☐ G ____ |
| 2.163 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Daimler Truck Finance | ■ D __2.178__<br>☐ E/F ____<br>☐ G ____ |
| 2.164 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.307__<br>☐ E/F ____<br>☐ G ____ |
| 2.165 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.375__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.166 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.376__<br>☐ E/F _____<br>☐ G _____ |
| 2.167 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.377__<br>☐ E/F _____<br>☐ G _____ |
| 2.168 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.378__<br>☐ E/F _____<br>☐ G _____ |
| 2.169 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.379__<br>☐ E/F _____<br>☐ G _____ |
| 2.170 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Siemens Financial Services | ■ D __2.380__<br>☐ E/F _____<br>☐ G _____ |
| 2.171 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.189__<br>☐ E/F _____<br>☐ G _____ |
| 2.172 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.190__<br>☐ E/F _____<br>☐ G _____ |
| 2.173 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.191__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.174 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.192**__<br>☐ E/F _____<br>☐ G _____ |
| 2.175 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.193**__<br>☐ E/F _____<br>☐ G _____ |
| 2.176 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.194**__<br>☐ E/F _____<br>☐ G _____ |
| 2.177 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.195**__<br>☐ E/F _____<br>☐ G _____ |
| 2.178 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __**2.49**__<br>☐ E/F _____<br>☐ G _____ |
| 2.179 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __**2.50**__<br>☐ E/F _____<br>☐ G _____ |
| 2.180 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __**2.51**__<br>☐ E/F _____<br>☐ G _____ |
| 2.181 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __**2.52**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.18 2 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.53**  ☐ E/F _____  ☐ G _____ |
| 2.18 3 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.54**  ☐ E/F _____  ☐ G _____ |
| 2.18 4 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.55**  ☐ E/F _____  ☐ G _____ |
| 2.18 5 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.56**  ☐ E/F _____  ☐ G _____ |
| 2.18 6 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.57**  ☐ E/F _____  ☐ G _____ |
| 2.18 7 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.58**  ☐ E/F _____  ☐ G _____ |
| 2.18 8 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.59**  ☐ E/F _____  ☐ G _____ |
| 2.18 9 | Sergiu Tintiuc  16830 Chicago Ave.  Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.60**  ☐ E/F _____  ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.190 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.61__<br>☐ E/F _____<br>☐ G _____ |
| 2.191 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.62__<br>☐ E/F _____<br>☐ G _____ |
| 2.192 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.63__<br>☐ E/F _____<br>☐ G _____ |
| 2.193 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.64__<br>☐ E/F _____<br>☐ G _____ |
| 2.194 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.65__<br>☐ E/F _____<br>☐ G _____ |
| 2.195 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.66__<br>☐ E/F _____<br>☐ G _____ |
| 2.196 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.67__<br>☐ E/F _____<br>☐ G _____ |
| 2.197 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.68__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.198 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.196**__ ☐ E/F _____ ☐ G _____ |
| 2.199 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.197**__ ☐ E/F _____ ☐ G _____ |
| 2.200 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.198**__ ☐ E/F _____ ☐ G _____ |
| 2.201 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.199**__ ☐ E/F _____ ☐ G _____ |
| 2.202 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.200**__ ☐ E/F _____ ☐ G _____ |
| 2.203 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.201**__ ☐ E/F _____ ☐ G _____ |
| 2.204 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.202**__ ☐ E/F _____ ☐ G _____ |
| 2.205 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __**2.203**__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.206 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.204**___ <br> ☐ E/F _____ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.207 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.205**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.208 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.206**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.209 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.207**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.210 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.208**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.211 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.209**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.212 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.210**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.213 | **Sergiu Tintiuc** | **16830 Chicago Ave.** <br> **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D ___**2.211**___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.214 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.212__ ☐ E/F _____ ☐ G _____ |
| 2.215 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.213__ ☐ E/F _____ ☐ G _____ |
| 2.216 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.214__ ☐ E/F _____ ☐ G _____ |
| 2.217 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.215__ ☐ E/F _____ ☐ G _____ |
| 2.218 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.216__ ☐ E/F _____ ☐ G _____ |
| 2.219 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.217__ ☐ E/F _____ ☐ G _____ |
| 2.220 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.218__ ☐ E/F _____ ☐ G _____ |
| 2.221 | **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  __2.219__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 2 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.220__  ☐ E/F ____  ☐ G ____ |
| 2.22 3 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.221__  ☐ E/F ____  ☐ G ____ |
| 2.22 4 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.222__  ☐ E/F ____  ☐ G ____ |
| 2.22 5 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.223__  ☐ E/F ____  ☐ G ____ |
| 2.22 6 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.224__  ☐ E/F ____  ☐ G ____ |
| 2.22 7 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.225__  ☐ E/F ____  ☐ G ____ |
| 2.22 8 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.226__  ☐ E/F ____  ☐ G ____ |
| 2.22 9 | **Sergiu Tintiuc** | 16830 Chicago Ave. Lansing, IL 60438 | **De Lage Landen Fin Svs** | ■ D __2.227__  ☐ E/F ____  ☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

| ▇ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.230 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.228__ ☐ E/F ____ ☐ G ____ |
| 2.231 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.229__ ☐ E/F ____ ☐ G ____ |
| 2.232 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.230__ ☐ E/F ____ ☐ G ____ |
| 2.233 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.231__ ☐ E/F ____ ☐ G ____ |
| 2.234 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.232__ ☐ E/F ____ ☐ G ____ |
| 2.235 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.233__ ☐ E/F ____ ☐ G ____ |
| 2.236 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.234__ ☐ E/F ____ ☐ G ____ |
| 2.237 | **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D __2.235__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.238 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.236___<br>☐ E/F _____<br>☐ G _____ |
| 2.239 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.237___<br>☐ E/F _____<br>☐ G _____ |
| 2.240 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.238___<br>☐ E/F _____<br>☐ G _____ |
| 2.241 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.239___<br>☐ E/F _____<br>☐ G _____ |
| 2.242 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.240___<br>☐ E/F _____<br>☐ G _____ |
| 2.243 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.241___<br>☐ E/F _____<br>☐ G _____ |
| 2.244 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.242___<br>☐ E/F _____<br>☐ G _____ |
| 2.245 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.243___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.246 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ☑ D __2.244__<br>☐ E/F ____<br>☐ G ____ |
| 2.247 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ☑ D __2.245__<br>☐ E/F ____<br>☐ G ____ |
| 2.248 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ☑ D __2.246__<br>☐ E/F ____<br>☐ G ____ |
| 2.249 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ☑ D __2.247__<br>☐ E/F ____<br>☐ G ____ |
| 2.250 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ☑ D __2.121__<br>☐ E/F ____<br>☐ G ____ |
| 2.251 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ☑ D __2.120__<br>☐ E/F ____<br>☐ G ____ |
| 2.252 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ☑ D __2.119__<br>☐ E/F ____<br>☐ G ____ |
| 2.253 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ☑ D __2.118__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.254 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ▇ D __2.117__<br>☐ E/F ____<br>☐ G ____ |
| 2.255 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ▇ D __2.116__<br>☐ E/F ____<br>☐ G ____ |
| 2.256 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ▇ D __2.115__<br>☐ E/F ____<br>☐ G ____ |
| 2.257 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▇ D __2.248__<br>☐ E/F ____<br>☐ G ____ |
| 2.258 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▇ D __2.249__<br>☐ E/F ____<br>☐ G ____ |
| 2.259 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▇ D __2.250__<br>☐ E/F ____<br>☐ G ____ |
| 2.260 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▇ D __2.251__<br>☐ E/F ____<br>☐ G ____ |
| 2.261 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▇ D __2.252__<br>☐ E/F ____<br>☐ G ____ |

---

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.262 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D  **2.253**<br>☐ E/F _____<br>☐ G _____ |
| 2.263 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.114**<br>☐ E/F _____<br>☐ G _____ |
| 2.264 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.113**<br>☐ E/F _____<br>☐ G _____ |
| 2.265 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.112**<br>☐ E/F _____<br>☐ G _____ |
| 2.266 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.111**<br>☐ E/F _____<br>☐ G _____ |
| 2.267 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.110**<br>☐ E/F _____<br>☐ G _____ |
| 2.268 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.109**<br>☐ E/F _____<br>☐ G _____ |
| 2.269 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D  **2.108**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.270 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.254** ☐ E/F _____ ☐ G _____ |
| 2.271 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.255** ☐ E/F _____ ☐ G _____ |
| 2.272 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.256** ☐ E/F _____ ☐ G _____ |
| 2.273 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.257** ☐ E/F _____ ☐ G _____ |
| 2.274 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.258** ☐ E/F _____ ☐ G _____ |
| 2.275 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.259** ☐ E/F _____ ☐ G _____ |
| 2.276 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.260** ☐ E/F _____ ☐ G _____ |
| 2.277 | **Sergiu Tintiuc**  **16830 Chicago Ave. Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D  **2.261** ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.278 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.262__<br>☐ E/F _____<br>☐ G _____ |
| 2.279 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.263__<br>☐ E/F _____<br>☐ G _____ |
| 2.280 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.264__<br>☐ E/F _____<br>☐ G _____ |
| 2.281 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.265__<br>☐ E/F _____<br>☐ G _____ |
| 2.282 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.107__<br>☐ E/F _____<br>☐ G _____ |
| 2.283 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.106__<br>☐ E/F _____<br>☐ G _____ |
| 2.284 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Harris Bank | ■ D __2.141__<br>☐ E/F _____<br>☐ G _____ |
| 2.285 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.142__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.286 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.143__ ☐ E/F _____ ☐ G _____ |
| 2.287 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.144__ ☐ E/F _____ ☐ G _____ |
| 2.288 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.145__ ☐ E/F _____ ☐ G _____ |
| 2.289 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.146__ ☐ E/F _____ ☐ G _____ |
| 2.290 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.147__ ☐ E/F _____ ☐ G _____ |
| 2.291 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.148__ ☐ E/F _____ ☐ G _____ |
| 2.292 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.149__ ☐ E/F _____ ☐ G _____ |
| 2.293 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.150__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.294 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.151__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.295 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.152__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.296 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.153__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.297 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | BMO Transportation Finance | ■ D __2.154__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.298 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.105__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.299 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.266__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.300 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.267__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.301 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.268__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.302 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.269__<br>☐ E/F ____<br>☐ G ____ |
| 2.303 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.270__<br>☐ E/F ____<br>☐ G ____ |
| 2.304 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.271__<br>☐ E/F ____<br>☐ G ____ |
| 2.305 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.272__<br>☐ E/F ____<br>☐ G ____ |
| 2.306 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.333__<br>☐ E/F ____<br>☐ G ____ |
| 2.307 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.334__<br>☐ E/F ____<br>☐ G ____ |
| 2.308 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.335__<br>☐ E/F ____<br>☐ G ____ |
| 2.309 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.336__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

�anumbered **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.310 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.337__<br>☐ E/F _____<br>☐ G _____ |
| 2.311 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.338__<br>☐ E/F _____<br>☐ G _____ |
| 2.312 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.339__<br>☐ E/F _____<br>☐ G _____ |
| 2.313 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.340__<br>☐ E/F _____<br>☐ G _____ |
| 2.314 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.305__<br>☐ E/F _____<br>☐ G _____ |
| 2.315 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.306__<br>☐ E/F _____<br>☐ G _____ |
| 2.316 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.308__<br>☐ E/F _____<br>☐ G _____ |
| 2.317 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.309__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.318 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.310__<br>☐ E/F ____<br>☐ G ____ |
| 2.319 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.311__<br>☐ E/F ____<br>☐ G ____ |
| 2.320 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.312__<br>☐ E/F ____<br>☐ G ____ |
| 2.321 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.313__<br>☐ E/F ____<br>☐ G ____ |
| 2.322 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.314__<br>☐ E/F ____<br>☐ G ____ |
| 2.323 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.341__<br>☐ E/F ____<br>☐ G ____ |
| 2.324 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.342__<br>☐ E/F ____<br>☐ G ____ |
| 2.325 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.343__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.326 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.344__<br>☐ E/F _____<br>☐ G _____ |
| 2.327 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.345__<br>☐ E/F _____<br>☐ G _____ |
| 2.328 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Flagstar Financial | ■ D __2.346__<br>☐ E/F _____<br>☐ G _____ |
| 2.329 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.101__<br>☐ E/F _____<br>☐ G _____ |
| 2.330 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.102__<br>☐ E/F _____<br>☐ G _____ |
| 2.331 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.103__<br>☐ E/F _____<br>☐ G _____ |
| 2.332 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.104__<br>☐ E/F _____<br>☐ G _____ |
| 2.333 | Sergiu Tintiuc | 16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.273__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.334 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.274__<br>☐ E/F _____<br>☐ G _____ |
| 2.335 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.275__<br>☐ E/F _____<br>☐ G _____ |
| 2.336 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.276__<br>☐ E/F _____<br>☐ G _____ |
| 2.337 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.277__<br>☐ E/F _____<br>☐ G _____ |
| 2.338 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.278__<br>☐ E/F _____<br>☐ G _____ |
| 2.339 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.279__<br>☐ E/F _____<br>☐ G _____ |
| 2.340 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.280__<br>☐ E/F _____<br>☐ G _____ |
| 2.341 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ▮ D __2.281__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.342 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.282__<br>☐ E/F ____<br>☐ G ____ |
| 2.343 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.283__<br>☐ E/F ____<br>☐ G ____ |
| 2.344 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.284__<br>☐ E/F ____<br>☐ G ____ |
| 2.345 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.122__<br>☐ E/F ____<br>☐ G ____ |
| 2.346 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.94__<br>☐ E/F ____<br>☐ G ____ |
| 2.347 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.95__<br>☐ E/F ____<br>☐ G ____ |
| 2.348 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.96__<br>☐ E/F ____<br>☐ G ____ |
| 2.349 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.97__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.350 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___2.98___<br>☐ E/F _____<br>☐ G _____ |
| 2.351 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___2.99___<br>☐ E/F _____<br>☐ G _____ |
| 2.352 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | Bank Midwest - NBH | ■ D ___2.100___<br>☐ E/F _____<br>☐ G _____ |
| 2.353 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.285___<br>☐ E/F _____<br>☐ G _____ |
| 2.354 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.286___<br>☐ E/F _____<br>☐ G _____ |
| 2.355 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.287___<br>☐ E/F _____<br>☐ G _____ |
| 2.356 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.288___<br>☐ E/F _____<br>☐ G _____ |
| 2.357 | Sergiu Tintiuc<br>16830 Chicago Ave.<br>Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D ___2.289___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.358 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.290__<br>☐ E/F _____<br>☐ G _____ |
| 2.359 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.291__<br>☐ E/F _____<br>☐ G _____ |
| 2.360 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.292__<br>☐ E/F _____<br>☐ G _____ |
| 2.361 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.293__<br>☐ E/F _____<br>☐ G _____ |
| 2.362 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.294__<br>☐ E/F _____<br>☐ G _____ |
| 2.363 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.295__<br>☐ E/F _____<br>☐ G _____ |
| 2.364 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.296__<br>☐ E/F _____<br>☐ G _____ |
| 2.365 | **Sergiu Tintiuc**<br>**16830 Chicago Ave.**<br>**Lansing, IL 60438** | **De Lage Landen Fin Svs** | ■ D   __2.297__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.366 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.298__ ☐ E/F _____ ☐ G _____ |
| 2.367 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.299__ ☐ E/F _____ ☐ G _____ |
| 2.368 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.300__ ☐ E/F _____ ☐ G _____ |
| 2.369 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.301__ ☐ E/F _____ ☐ G _____ |
| 2.370 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.302__ ☐ E/F _____ ☐ G _____ |
| 2.371 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.303__ ☐ E/F _____ ☐ G _____ |
| 2.372 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | De Lage Landen Fin Svs | ■ D __2.304__ ☐ E/F _____ ☐ G _____ |
| 2.373 | Sergiu Tintiuc | 16830 Chicago Ave. Lansing, IL 60438 | Bank Midwest - NBH | ■ D __2.69__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.374 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.70__<br>☐ E/F _____<br>☐ G _____ |
| --- | --- | --- | --- | --- |
| 2.375 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.71__<br>☐ E/F _____<br>☐ G _____ |
| 2.376 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.72__<br>☐ E/F _____<br>☐ G _____ |
| 2.377 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.73__<br>☐ E/F _____<br>☐ G _____ |
| 2.378 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.74__<br>☐ E/F _____<br>☐ G _____ |
| 2.379 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.75__<br>☐ E/F _____<br>☐ G _____ |
| 2.380 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.76__<br>☐ E/F _____<br>☐ G _____ |
| 2.381 | **Sergiu Tintiuc** | **16830 Chicago Ave.**<br>**Lansing, IL 60438** | **Bank Midwest - NBH** | ▪ D __2.77__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 2 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.78__ ☐ E/F ____ ☐ G ____ |
| 2.38 3 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.79__ ☐ E/F ____ ☐ G ____ |
| 2.38 4 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.80__ ☐ E/F ____ ☐ G ____ |
| 2.38 5 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.81__ ☐ E/F ____ ☐ G ____ |
| 2.38 6 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.82__ ☐ E/F ____ ☐ G ____ |
| 2.38 7 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.83__ ☐ E/F ____ ☐ G ____ |
| 2.38 8 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.84__ ☐ E/F ____ ☐ G ____ |
| 2.38 9 | **Sergiu Tintiuc**    **16830 Chicago Ave.** **Lansing, IL 60438** | **Bank Midwest - NBH** | ■ D __2.85__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                      Column 2: **Creditor**

2.390   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.86**
- ☐ E/F _____
- ☐ G _____

2.391   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.87**
- ☐ E/F _____
- ☐ G _____

2.392   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.88**
- ☐ E/F _____
- ☐ G _____

2.393   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.89**
- ☐ E/F _____
- ☐ G _____

2.394   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.90**
- ☐ E/F _____
- ☐ G _____

2.395   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.91**
- ☐ E/F _____
- ☐ G _____

2.396   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.92**
- ☐ E/F _____
- ☐ G _____

2.397   **Sergiu Tintiuc**   **16830 Chicago Ave.**   **Bank Midwest - NBH**
                             **Lansing, IL 60438**

- ☑ D   **2.93**
- ☐ E/F _____
- ☐ G _____

Debtor    **Truck & Trailer Leasing Avenue LLC**                                    Case number *(if known)*    **24-04137**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name      **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      **24-04137**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$387,155.54** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,081,656.84** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$16,460,882.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* **24-04137** |
| --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank Midwest - NBH**<br>**1111 Main St.**<br>**Kansas City, MO 64105** | **Various** | **$210,808.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **TAB Bank**<br>**4185 Harrison Blvd**<br>**Ogden, UT 84403** | | **$29,964.34** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **De Lage Landen Fin Svs**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | | **$17,500.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **BMO Harris Bank**<br>**300 E. John Carpenter Freeway**<br>**Richardson, TX 75082** | | **$60,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**   Legal Actions or Assignments

| Debtor | **Truck & Trailer Leasing Avenue LLC** | | Case number *(if known)*  **24-04137** |
|---|---|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **De Lage Landen v Truck &<br>Trailer et al<br>23-15278** | **Collection** | **US Dist Ct - ND of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **M&T Capital vs. Truck &<br>Trailer et al<br>24-01113** | **Collection** | **US Dist Ct - ND of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Arvest v Truck & Trailer et al<br>24-01778** | **Collection** | **US Dist Ct - ND of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Wells Fargo v Truck & Trailer<br>et al<br>24-02199** | **Collection** | **US Dist Ct - ND of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Webster Finance v Truck &<br>Trailer et al<br>24-00976** | **Collection** | **US Dist Ct - ND of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Flagstar v Truck & Trailer et al<br>24 L 050061** | **Collection** | **Circuit Ct of Cook County<br>Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **BMO v Truck & Trailer et al<br>24 L 050144** | **Collection** | **Circuit Ct of Cook County,<br>Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor     **Truck & Trailer Leasing Avenue LLC**                              Case number *(if known)*   **24-04137**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Modestas Law Offices, P.C. 401 S. Frontage Rd. Ste. C Burr Ridge, IL 60527-7115** | **$20,000.00 in attorney fees, $1,738.00 for filing fees** | **Various** | **$21,738.00** |
| | Email or website address **smodestas@modestaslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Truck & Trailer Leasing Avenue LLC**                                    Case number *(if known)*   **24-04137**

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank Midwest**<br>**1111 Main St.**<br>**Kansas City, MO 64105** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed October 2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **Truck & Trailer Leasing Avenue LLC** | Case number *(if known)* | **24-04137** |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **Truck & Trailer Leasing Avenue LLC**                        Case number *(if known)*   **24-04137**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Katz, Sapper and Miller** **Indianapolis, IN 46240** | **Prepared taxes and financials multiple years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sergiu Tintiuc** **16830 Chicago Ave.** **Lansing, IL 60438** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sergiu Tintiuc** | **16830 Chicago Ave.** **Lansing, IL 60438** | **Managing member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **Truck & Trailer Leasing Avenue LLC**                                        Case number *(if known)*  **24-04137**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Truck & Trailer Leasing Avenue LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-04137**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  10, 2024**

_____
Signature of individual signing on behalf of the debtor

**Sergiu Tintiuc**
Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes