<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

</div>

IN RE:

| | | |
|---|---|---|
| Truck & Trailer Leasing Avenue LLC, | ) | 24-04137 |
| | ) | Chapter 11 |
| Debtor | ) | Jointly Administered |
| | ) | |
| IN RE: | ) | |
| Pigeon Freight Services, Inc. | ) | 24-08322 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Donald R. Cassling |

<div align="center">

**<u>NOTICE OF MOTION SEEKING RELIEF FROM AUTOMATIC STAY</u>**

</div>

TO: See service list below.

PLEASE TAKE NOTICE that on **Tuesday, November 26, 2024** at **9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in his stead, either at the United States Bankruptcy Court, Courtroom 619, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below, and present PRO FUNDING, INC.'s *Motion Seeking Relief From Automatic Stay*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 414 7941** and the passcode is **619**. The meeting ID and passcode can also be found on Judge Cassling's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-donald-r-cassling.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

<div style="margin-left: 50%;">

PRO FUNDING INC.

By: /s/ *Nancy J. Townsend*
One of its Attorneys

</div>

<div align="center">

1

</div>

Nancy J. Townsend
Shannon L. Noder
Laurie A. Martin Montplaisir
KRIEG DeVAULT LLP
33 N Dearborn Street, Suite 1140
Chicago, IL 60602
Tel: (312) 423-9300
ntownsend@kdlegal.com
snoder@kdlegal.com
lmontplaisir@kdlegal.com
Firm ID 45263

## CERTIFICATE OF SERVICE

I, Nancy J. Townsend, an attorney, hereby certify that on November 19, 2024, I electronically filed the foregoing **Notice of Motion** and **Motion for Relief from the Automatic Stay** using the CM/ECF system for the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, which will send electronic notification to the registered parties set forth in the attached Service List, among others. For the debtor, I caused copies same to be mailed in a properly addressed envelope, postage prepaid, from 11005 Broadway, Suite D, Crown Point, IN 46307 before the hour of 5:00 PM on November 19, 2024.

*/s/ Nancy J. Townsend*
Nancy J. Townsend

KRIEG DeVAULT LLP
33 North Dearborn Street, Suite 1140
Chicago, IL 60602
Telephone: (312) 235-1134
ntownsend@kdlegal.com
Firm ID 45263

# SERVICE LIST

**Via CM/ECF:**

Saulius Modestas, Attorney for Debtor
smodestas@modestaslaw.com

Adam Brief, Trustee
Office of the U.S. Trustee, Region 11
Ustoregion11.es.ecf@usdoj.gov

Scott R. Clar, representing Arvest Bank
sclar@cranesimon.com

Benjamin Court, representing Bank Midwest a Division of NBH Bank
benjamin.court@stinson.com

Evan S Goldstein, representing M&T Capital and Leasing Corp. f/k/a People's Capital and
Leasing Corp.
egoldstein@uks.com

Thomas B Fullerton, representing TBK Bank, SSB
thomas.fullerton@akerman.com

Scott D. Fink, representing Transportation Alliance Bank, Inc.
ecfnil@weltman.com

Evan S Goldstein, representing Webster Capital Finance, Inc., a Division of Webster
Bank, N.A.
egoldstein@uks.com

Colette M Willer, representing Wells Fargo Equipment Finance, Inc
cwiller@reedsmith.com

C. Randall Woolley, representing De Lage Landen Financial Services, Inc.
rwooley@darcydevassy.com

**Via First Class Mail:**

Sergiu Tintiuc
6418 Albany Ave.
Chicago, IL 60645

Truck & Trailer Leasing Avenue LLC
16830 Chicago Ave.
Lansing, IL 60438

Pigeon Freight Services Inc.
16830 Chicago Ave.
Lansing, IL 60438

Bank Midwest – NBH
1111 Main St.
Kansas City, MO 64105

De Lage Landen Fin Svs
1111 Old Eagle School Rd,
Wayne, PA 19087

Flagstar Financial
c/o Vedder Price PC
222 N. Lasalle St., #2400
Chicago, IL 60601

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Road
LaGrange, IL 60525

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Truck & Trailer Leasing Avenue LLC, | ) | 24-04137 |
| | ) | Chapter 11 |
| Debtor | ) | Jointly Administered |
| _____ | ) | |
| IN RE: | ) | |
| Pigeon Freight Services, Inc. | ) | ~~24-08322~~ |
| | ) | Chapter 11 |
| Debtor | ) | Judge Donald R. Cassling |

## <u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

**NOW COMES** Pro Funding, Inc. (hereinafter "<u>Pro Funding</u>"), by and through its attorneys, Krieg DeVault LLP moves this Honorable Court pursuant to 11 U.S.C. §554 for an Order granting Pro Funding relief from the automatic stay as to the following real estate: **2525 NEW LENOX ROAD, JOLIET, ILLINOIS 60433** (the "<u>Real Estate</u>") and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and Rule 5005 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"). This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). This Motion arises pursuant to 11 U.S.C. §§ 361, 362, and 363. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. On June 5, 2024 (the "<u>Petition Date</u>"), the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>"). On July 30, 2024, this Court entered an Order Granting Motion for Joint Administration with Lead Case 24-04137 where the debtor is Truck & Trailer Leasing Avenue, LLC. [Case #24-08322 Doc. #71].

3. Pro Funding claims and the Debtor has acknowledged Pro Funding's valid security interest in the Real Estate, which is an office building.

4. Pro Funding's security interest arises from a Promissory Note executed and delivered by Pigeon Freight Services, Inc. (the "<u>Debtor</u>"), originally dated as of 8/23/2023, in the original

1

amount of $2,000,000.00 (the "Note"), which is secured by a Mortgage executed and delivered by Debtor and dated 8/23/2023, along with the First Amendment to Mortgage dated 12/12/2023 (collectively, "Mortgage"). Copies of the Note and Mortgage are attached as *Exhibits A and B*, respectively.

5.  The Debtor is a Mortgagor under the Mortgage.

6.  The principal balance due Pro Funding on the Note as of October 16, 2024 was $2,000,000, with additional interest accruing at the rate of $2,000,000 per day.

7.  Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this motion on October 16, 2024.

8.  Pro Funding is entitled to relief from the automatic stay under 11 U.S.C. §362(d) because:

    a) The Debtor defaulted in the performance of the terms and conditions of the Note by failing to pay the monthly payments as they became due and the entire balance is now due. Pro Funding is therefore entitled to enforce the Mortgage by instituting foreclosure proceedings;

    b) The Estimated Payoff amount as of October 16, 2024 was $2,000,000;

    c) To the best of Pro Funding's knowledge, the Debtor has no non-exempt equity in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    d) The above is especially true when considering the cost of selling the property, as outlined below:

| | |
|---|---|
| **ESTIMATED VALUE** | **$2,000,000** |
| Estimated Payoff | $2,000,000 |
| Creditor Mortgage Lien | -$2,000,000 |
| Broker's Commission 5% | -$100,000 |
| Other Closing Costs | -$10,000 |
| **GRAND TOTAL EQUITY** | **-$110,000** |
| | |
| **NET PROCEEDS OF SALE** | **-$110,000** |
| (assuming no capital gains to be paid) | |

9. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Pro Funding requests this Court so order.

10. Pro Funding has attached hereto as **Exhibit C** its Required Statement to Accompany Motions for Relief from Stay as required by Local Bankruptcy Rule 4001-1(A).

11. Pro Funding has submitted herewith its proposed Order Granting Motion for Relief from Stay.

**WHEREFORE**, Pro Funding prays this Court enter an Order modifying the automatic stay pursuant to 11 U.S.C. §362(d) as to Pro Funding, approving its post-petition fees and costs incurred, to waive the 14-day requirement under Rule 4001(a)(3), and for such other and further relief as this Court may deem just and proper.

DATED: November 19, 2024

Respectfully submitted,

PRO FUNDING INC.

By: /s/ *Nancy J. Townsend*
        One of its Attorneys

Nancy J. Townsend
Shannon L. Noder
Laurie A. Martin Montplaisir
KRIEG DeVAULT LLP
33 N Dearborn Street, Suite 1140
Chicago, IL 60602
Tel: (312) 423-9300
ntownsend@kdlegal.com
snoder@kdlegal.com
lmontplaisir@kdlegal.com